FILING FEE
PAID $75
Pro hac Vice 13139
Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS,<br><br>Plaintiffs,<br><br>v.<br><br>STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, and KIA MOTORS AMERICA, INC., a California Corporation,<br><br>Defendants. | FILED by yAR D.C.<br>JAN 3 1 2014<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S. D. of FLA. – MIAMI<br><br>Civil Action No. 1:13-cv-24700-KMW |

**MOTION FOR LIMITED APPEARANCE, CONSENT TO
DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE
<u>NOTICES OF ELECTRONIC FILINGS</u>**

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Vincent H. Chieffo, Esq., of the law firm of Greenberg Traurig, LLC, 1840 Century Park East, Suite 1900, Los Angeles, CA 90067, (310) 586-7731, for purposes of limited appearance as co-counsel on behalf of Stefan Kendal Gordy and Skyler Austen Gordy collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Vincent H. Chieffo, Esq. to receive electronic filings in this case, and in support thereof states as follows:

*MIA 183653312v1*

1.      Vincent H. Chieffo, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the U.S. District Court for the Central, Eastern, Northern and Southern Districts of California and the Supreme Court of the United States.

2.      Barry L. Rothberg, Esq., of the law firm of Greenberg Traurig, P.A., 333 Avenue of the Americas, f/k/a S.E. 2nd Ave., Suite 4400, Miami, FL 33131, (305) 579-0500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Barry L. Rothberg, Esq., consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Vincent H. Chieffo, Esq., has made payment of this Court's $201.00 admission fee. Certification in accordance with Rule 4B is attached hereto.

4.      Vincent H. Chieffo, Esq., by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Vincent H. Chieffo, Esq. at email address: chieffov@gtlaw.com.

MIA 183653312v1

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

WHEREFORE, Barry L. Rothberg, Esq., moves this Court to enter an Order permitting Vincent H. Chieffo, Esq. to appear before this Court on behalf of Stefan Kendal Gordy and Skyler Austen Gordy collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Vincent H. Chieffo, Esq.

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

_____
BARRY L. ROTHBERG, ESQ.

Dated: January 31, 2014

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Stefan Kendal Gordy,*
*Skyler Austen Gordy, LMFAO and*
*Kobalt Music Publishing America, Inc.*
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: _____
BARRY L. ROTHBERG
Florida Bar. No. 0160873
rothbergb@gtlaw.com

*MIA 183653312v1*

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS,<br><br>Plaintiffs,<br><br>v.<br><br>STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, and KIA MOTORS AMERICA, INC., a California Corporation,<br><br>Defendants. | Civil Action No. 1:13-cv-24700-KMW |

## CERTIFICATION OF VINCENT H. CHIEFFO, ESQ.

Vincent H. Chieffo, Esq., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of U.S. District Court for the Central, Eastern, Northern and Southern Districts of California and the Supreme Court of the United States.

_____
Vincent H. Chieffo

MIA 183653312v1

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was electronically filed and served via CM/ECF upon all counsel of record, on this 31st day of January, 2014.

By: _____
BARRY L. ROTHBERG

*MIA 183653312v1*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM L. ROBERTS, II p/k/a <br> RICK ROSS and ANDREW HARR and <br> JERMAINE JACKSON collectively p/k/a <br> THE RUNNERS, <br><br> Plaintiffs, <br><br> v. <br><br> STEFAN KENDAL GORDY and <br> SKYLER AUSTEN GORDY collectively p/k/a <br> LMFAO, KOBALT MUSIC PUBLISHING <br> AMERICA, INC., a Delaware corporation, and <br> KIA MOTORS AMERICA, INC., a California <br> Corporation, <br><br> Defendants. | Civil Action No. 1:13-cv-24700-KMW |

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
VINCENT H. CHIEFFO, ESQ., CONSENT TO DESIGNATION AND
REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Vincent H. Chieffo, Esq. and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Vincent H. Chieffo, Esq. in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Vincent H. Chieffo, Esq. is granted to appear and participate in this action on behalf of Stefan Kendal Gordy and Skyler

Austen Gordy collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation.   The Clerk shall provide electronic notification of all electronic filings to Vincent H. Chieffo, Esq. at chieffov@gtlaw.com.

      DONE AND ORDERED in Chambers at _____, Florida this _____ day of _____.

_____
Kathleen M. Williams
United States District Judge

Copies furnished to:
All Counsel of Record