UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24700-CIV-WILLIAMS

WILLIAM L. ROBERTS p/k/a
RICK ROSS and ANDREW HARR and
JERMAINE JACKSON collectively p/k/a
THE RUNNERS,

    Plaintiffs,

v.

STEFAN KENDAL GORDY and
SKYLER AUSTEN GORDY collectively p/k/a
LMFAO and KOBALT MUSIC PUBLISHING
AMERICA, INC., a Delaware corporation,

    Defendants.
_____/

**JOINT NOTICE OF FILING PROPOSED**
**ORDER SCHEDULING MEDIATION**

Plaintiffs and Defendants, by and through their undersigned attorneys and pursuant to the Court's Order Setting Schedule, Requiring Mediation, Referring Certain Matters to Magistrate judge and Establishing Pre-Trial Procedures (DE 19), jointly file the proposed order scheduling mediation, attached hereto.

DATED this 13th day of May, 2014.

                                                          GrayRobinson, P.A.
                                                          *Attorneys for Plaintiffs*
                                                          1221 Brickell Avenue
                                                          Suite 1600
                                                          Miami, FL 33131
                                                          Telephone: (305) 416-6880
                                                          Facsimile:  (305) 416-6887

                                         By:    /s/Karen L. Stetson
                                                      Karen L. Stetson
                                                      Florida Bar No. 742937
                                                      karen.stetson@gray-robinson.com

        Jonathan L. Gaines
        Florida Bar No. 330361
        jonathan.gaines@gray-robinson.com

and

GREENBERG TRAURIG, P.A.
*Attorneys for Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., and Kia Motors America, Inc.*
333 Avenue of the Americas
Miami, FL 33131
Tel: 305-579-0500
Fax: 305-579-0717

By: /s/ *VINCENT H. CHIEFFO*
VINCENT H. CHIEFFO
(Admitted *Pro Hac Vice*)
chieffov@gtlaw.com