UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24700-CIV-WILLIAMS

WILLIAM L. ROBERTS p/k/a
RICK ROSS and ANDREW HARR and
JERMAINE JACKSON collectively p/k/a
THE RUNNERS,

    Plaintiffs,

v.

STEFAN KENDAL GORDY and
SKYLER AUSTEN GORDY collectively p/k/a
LMFAO and KOBALT MUSIC PUBLISHING
AMERICA, INC., a Delaware corporation,

    Defendants.
_____/

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

    Plaintiffs, by and through their undersigned attorneys, and pursuant to Rule 15, Fed.R.Civ.P., file this Motion for Leave to File Amended Complaint, and in support thereof state:

    1.    By Order dated August 12, 2014, this Court set a deadline of September 11, 2014 to ad parties or to amend pleadings. (DE 30).

    2.    As a result of information obtained during discovery, Plaintiffs seek to file an Amended Complaint including additional parties and claims. A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

    3.    No prior amendments have been sought, and it is in the interests of justice to permit the requested amendment in order to bring the appropriate claims and parties before the Court. Rule 15(a)(2) provides, "The court should freely give leave when justice so requires."

4.       Pursuant to Local Rule 7.1(a)(3), undersigned counsel has attempted to confer with counsel for Defendants both telephonically and by e-mail but has been unable to do so, and therefore it is not known whether there is any objection to the relief sought herein.

WHEREFORE, it is requested that the Court enter an Order permitting Plaintiffs to file their Amended Complaint.

>                GrayRobinson, P.A.
>                *Attorneys for Plaintiffs*
>                1221 Brickell Avenue
>                Suite 1600
>                Miami, FL 33131
>                Telephone: (305) 416-6880
>                Facsimile:  (305) 416-6887
>
>                By:     /s/Karen L. Stetson
>                        Karen L. Stetson
>                        Florida Bar No. 742937
>                        karen.stetson@gray-robinson.com
>                        Jonathan L. Gaines
>                        Florida Bar No. 330361
>                        jonathan.gaines@gray-robinson.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished CM/ECF system to:  **BARRY LAWRENCE ROTHBERG, ESQ.,** Greenberg Traurig, 333 SE 2d Avenue, Suite 4400 Miami, FL 33131 and to **VINCENT H. CHIEFFO, ESQ.,** Greenberg Traurig LLC, 1840 Century Park East, Suite 1900, Los Angeles, CA 90067 this 11th day of September, 2014.

By: /s/ Karen L. Stetson