IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24700-CIV-WILLIAMS-SIMONTON

WILLIAM L. ROBERTS, II p/k/a RICK ROSS )
and ANDREW HARR and JERMAINE )
JACKSON collectively p/k/a THE RUNNERS, )
)
             Plaintiffs, )
)
v. )
)
STEFAN KENDAL GORDY and SKYLER )
AUSTEN GORDY collectively p/k/a LMFAO, )
KOBALT MUSIC PUBLISHING AMERICA, )
INC., et al., )
)
             Defendants. )
)

**DEFENDANTS' NOTICE OF CONVENTIONAL FILING**

Defendants STEFAN KENDAL GORDY, SKYLER AUSTEN GORDY, KOBALT MUSIC PUBLISHING AMERICA, INC., KIA MOTORS AMERICA, INC., NU80s MUSIC, LLC, LMFAO, LLC, PARTY ROCK, LLC, and FOO & BLU, LLC (collectively, "Defendants"), by and through the undersigned counsel, and pursuant to the Paperless Order of this Court dated October 2, 2014 [DE 40], (copy attached) hereby serves Notice of Conventional Filing of the following:

     (1)    Stefan Kendal Gordy's Declaration in Support of Defendants' Motion For Summary Judgment Exhibits 1, 2, 3, 4, 7, 10 & 11.  These submissions cannot be converted to an electronic format and are not conducive to e-filing (CDs with video and/or audio files which cannot be broken up into PDFs for e-filing).

(2) Vincent H. Chieffo's Declaration in Support of Defendants' Motion For Summary Judgment Exhibits 22, 39 & 40. These cannot be converted to an electronic format and are not conducive to e-filing (CDs with video and/or audio files which cannot be broken up into PDFs for e-filing).

(3) Lawrence Ferrara, Ph.D's Declaration in Support of Defendants' Motion For Summary Judgment Exhibits 44, Audio 1, Audio 2, & Audio 3. These cannot be converted to an electronic format and are not conducive to e-filing (CDs with video and/or audio files which cannot be broken up into PDFs for e-filing).

Respectfully submitted,

s/Barry L. Rothberg
Barry L. Rothberg, Esq.
Florida Bar No. 0160873
rothbergb@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

Vincent H. Chieffo, Esq. *(pro hac vice)*
California Bar No.
chieffov@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

*Attorneys for Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., NU80s Music, LLC, LMFAO, LLC, Party Rock, LLC, and Foo & Blu, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Barry L. Rothberg
Barry L. Rothberg

## SERVICE LIST
Roberts, II et al v. Gordy et al
Civil Action No. 1:13-cv-24700-KMW
United States District Court, Southern District of Florida

**Jonathan L. Gaines**
Email: jgaines@gray-robinson.com
**Karen Linda Stetson**
Email: karen.stetson@gray-robinson.com
GrayRobinson
1221 Brickell Avenue
Miami, FL 33131
Telephone: 305-416-6880
Fax: 305-461-6887

*Attorneys for Plaintiffs William L. Roberts, II*
*p/k/a Rick Ross, Andrew Harr, Jermaine Jackson*
*and The Runners*