CASE NO.: 1:13-CV-24700-KMW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-24700-CIV-WILLIAMS-SIMONTON

| | |
|---|---|
| WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS,<br><br>Plaintiffs,<br><br>v.<br><br>STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, KIA MOTORS AMERICA, INC., a California corporation, DAVID & GOLIATH, LLC, a Delaware limited liability company, DAVID JAMAHL LISTENBEE p/k/a GOON ROCK, THE LISTENBEE, LLC, a California limited liability company, NU80s MUSIC, LLC, a California limited liability company, LMFAO, LLC, a California limited liability company, PARTY ROCK, LLC, a California limited liability company, FOO & BLU, LLC, a California limited liability company and BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT

Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., NU80s Music, LLC, LMFAO, LLC, Party Rock, LLC, and Foo & Blu, LLC ("Defendants") submit the following statement of uncontroverted facts pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.

LA131560148

# I.  PARTIES

## A.  Plaintiffs

1. Plaintiffs are three of the four co-writers of the copyrighted composition *Hustlin'*.

    *Amended Complaint, [Dkt. 34] ("AC") ¶¶ 5, 6, 7; Declaration of Vincent H. Chieffo ("Chieffo Decl."). ¶¶ 21, 22, 23, Exhs. 31, 32, 33.*

2. The recording of Plaintiff Roberts' performance of *Hustlin'* was released as a single in March 2006 and as part of Robert's debut album *Port of Miami* in August 2006 by, and is still distributed by, Island Def Jam, a label owned by UMG Recordings.

    *AC ¶ 15; Chieffo Decl. ¶¶ 9, 10, Exhs. 19 at p. 5, and 20, at pp. 1-2.*

3. Plaintiff Roberts owns a record company by the name of Maybach Music Group that is also a party to Roberts' recording agreement with Island Def Jam, a label owned by UMG Recordings Inc. ("UMG Recordings").

    *AC ¶ 26; Chieffo Decl. ¶¶ 9, 11, Exhs. 19, at p. 4, and 21 at p. 1.*

4. The copyrights to the published musical composition *Hustlin'* are owned by First and Gold Publishing, 3 Blunts Lit at Once, Sony/ATV Songs Publishing LLC ("Sony/ATV") and Track-N-Field Entertainment, LLC.

    *Chieffo Decl. ¶ 22, 23, Exhs. 32, 33.*

5. Plaintiff Roberts is professionally known as "Rick Ross."

    *AC ¶ 22.*

6. Since the release of Port of Miami in August 2006, Def Jam Records has released five other studio albums of Plaintiff Roberts' recorded performances – *Trilla* (2008), *Deeper Than Rap* (2009); *Teflon Don* (2010), *God Forgives, I Don't* (2012), and *Mastermind* (2014).

    *AC ¶ 26.*

**B.     Defendants**

7.     Defendant Stefan Gordy ("Stefan") is professionally known as "Redfoo," Defendant Skyler Gordy ("Skyler") is professionally known as "Sky Blu" and is Stefan's nephew, and collectively they have been professionally known as the music group LMFAO. Stefan and Skyler are two of the four co-authors of the musical composition *Party Rock Anthem* ("*PRA*"). Defendants Nu80s Music, LLC, LMFAO, LLC, Party Rock, LLC, and Foo & Blu, LLC are owned by one or both of Stefan and Skyler, and are entities through which they render their services in the entertainment industry.

*Declaration of Stefan Gordy ("Gordy Decl.")* ¶¶ 1 and 6; Chieffo Decl. ¶ 26, Exh. 35; AC ¶¶ 17, 18, 19, 20.

8.     Defendant Kobalt Music Publishing America, Inc. ("Kobalt") is a music publisher that administers the composition *PRA*.

*AC ¶ 12.*

9.     Defendant Kia Motors America, Inc. ("KMA") licensed *PRA* for a commercial advertising its Soul automobile that features KMA's "Hamster" characters dancing the Shuffle.

*AC ¶ 13, 52. Chieffo Decl. ¶ 12, Exh 22.*

## II.     LMFAO

10.    On or around April 1, 2007, Stefan and Skyler formed the band LMFAO after they both attended the Winter Music Conference in Miami in March 2007.  They were inspired by the electronic dance music ("EDM") artists that they both enjoyed at that conference and they believed they could synthesize EDM with the rap and hip-hop genres to create popular party dance music.

*Gordy Decl. ¶¶ 6, 7; AC ¶ 28.*

11. The name LMFAO is an acronym of the phrase "Laughing My F***ing A** Off." Stefan and Skyler picked that name as a nod to their humorous style and their goal to create serious music with a sense of humor for people to party with.

*Gordy Decl. ¶ 8.*

12. Stefan and Skyler branded LMFAO's music as "Party Rock"- music designed to make people want to dance, party, and have a good time. Unlike many other musicians who use their music to express their own emotions, Stefan and Skyler create LMFAO music with the specific purpose of making the listener laugh and feel like he or she wants to party. Stefan describes this as creating tools for people to party with.

*Gordy Decl. ¶ 10.*

13. After independently releasing recordings of several of their songs, LMFAO entered into a recording agreement with UMG Recordings' record label Interscope Records in mid-November 2008.

*Gordy Decl. ¶ 12.*

14. LMFAO's first album, *Party Rock*, was released by Interscope Records in July 2009 and four music videos were released from the album in 2009 and 2010.

*Gordy Decl. ¶¶ 14, 15.*

15. LMFAO's second album, *Sorry For Party Rocking*, was released by Interscope Records in June 2011 and contained the song *PRA*.

*AC ¶ 29; Gordy Decl. ¶ 17, 20.*

### III.  LMFAO'S *PRA*

16. The sound recording of *PRA* was first released as a single by Interscope Records on January 25, 2011 in digital form.

*Gordy Decl.*¶¶ 20, 27, Exh. 4.

17. The music video of *PRA* was released the Spring of 2011.

    *AC* ¶ 27; *Gordy Decl.*¶ 32, Exh. 10.

18. *PRA* is a blend of electronic dance music and rap/hip hop music in LMFAO's Party Rock style.

    *Gordy Decl.*¶¶ 7, 10, 20, Exh. 4.

19. *PRA* was ultimately very successful and popular. However, before the *PRA* video was released the song had only mild success. After that video was released the song became more popular reaching number 1 on the Billboard Hot 100 Charts on July 16, 2011, where it stayed for six straight weeks.  It remained on the Hot 100 Chart for 68 weeks.

    *AC* ¶ 32, 35; *Gordy Decl.* ¶ 34; Declaration of Laura DiMichele; *DiMichele Decl.* ¶¶ 10-17, Exh. 43.

## IV.     *HUSTLIN'* –  PLAINTIFFS' WORK

20. *Hustlin'* is a "gansta rap" composition that tells in the first person a story of the hustlin' life of "Rick Ross," the song's narrator, as a big time international drug dealer located in Miami and references the dangerous world of drug dealing and its financial rewards.  The lyrics in the first verse proclaim that "Ross" is "the Boss" and boasts that he knows Panamanian Manuel Noriega (who owes Ross "a hundred favors") and the Columbian narcotics trafficker Pablo Escobar.  The Chorus of *Hustlin'* consists of the repeated singing of phrase "everyday I'm hustlin'," or a fragment thereof, numerous times.  That Chorus begins the composition and is repeated another three times. The Chorus is the Hook of *Hustlin'*.

    *Gordy Decl.* ¶ 22; Exh. 6; *Chieffo Decl.* ¶¶ 30, 31, Exhs.39, 40; Declaration of Lawrence Ferrara Ph.D., ("*Ferrara Decl.*") ¶ 4, 6a, Exh.44 at ¶ 24, p. 14.

21. In addition to the sound recording of Plaintiff Roberts' performance of *Hustlin'*, Roberts appears in the music video of *Hustlin'*.

   *Chieffo Decl. ¶¶ 30, 31, Exhs.39, 40.*

22. *Hustlin'* achieved economic and popular success.

   *AC ¶¶ 23, 24.*

23. The copyrights registered June 28, 2006 and February 28, 2007 to the published musical composition *Hustlin'* are owned by First and Gold Publishing, 3 Blunts Lit at Once, Sony/ATV and Track-N-Field Entertainment, LLC.

   *Chieffo Decl. ¶¶ 22, 23, Exhs. 32, 33.*

24. The copyright registered February 28, 2006 to the unpublished musical composition *Hustlin'* lists the co-writers as the three Plaintiffs and Bernard Rogers and the copyright as owned by Track-N-Field Entertainment, LLC and First and Gold Music, Inc.

   *Chieffo Decl. ¶ 21, Exh. 31.*

## V. FAIR USE FACTORS

A. **Purpose and Character of the Use of *Hustlin'* in *PRA***

   1. **Creation of *PRA*, Its Branding as a Shuffle Dance Song, and its Parody of *Hustlin'*.**

25. *PRA* was created by reworking a song tentatively titled *I Can Feel It in My Soul Tonight* that LMFAO and Jamahl Listenbee, professionally known as "Goonrock" ("Goonrock"), had written for another musical artist who had decided not to record it.

   *Gordy Decl. ¶¶ 16, 17*

26. Prior to reworking *I Can Feel It in My Soul Tonight*, Stefan and Goonrock were aware of a then currently popular song entitled *Teach Me How to Dougie* based on a dance called the *Dougie* and Stefan recognized that LMFAO had not yet created a song designed for a particular

5

dance style.

*Gordy Decl. ¶¶ 18, Exh. 2; DiMichele Decl. ¶ 9, Exh. 42.*

27. Prior to reworking *I Can Feel It in My Soul Tonight* Stefan and Goonrock were also aware of a dance style called the Shuffle, or the Melbourne Shuffle, that had been popular in the Rave music culture but not with fans of pop music/electronic dance music. As part of Stefan's research about the Shuffle, he downloaded an on-line video called *The Best Shuffler in California* which was about four minutes long and showed Andrew Furr dancing the Shuffle to various songs.

*Gordy Decl. ¶ 19, Exh. 3.*

28. When Stefan and Goonrock began to rework *I Can Feel It in My Soul Tonight* in July 2010 for LMFAO, Stefan intended to create a new LMFAO song to which people would dance the Shuffle dance.

*Gordy Decl. ¶¶ 19, 20.*

29. In order to brand *I Can Feel It in My Soul Tonight* as an LMFAO song, Stefan changed the original chorus lyrics from "I can feel it in my soul tonight / Everybody's gonna have a good time" to "**Party Rock is in the house** tonight / **Everybody just** have a good time." The new Chorus lyrics scanned the same as the old chorus lyrics. Stefan had added the Party Rock brand and by using the phrase "Everybody just" in the place of the more passive "everybody's gonna" made the lyric a command that focused the audience on what to do.

*Gordy Decl. ¶ 21.*

30. In December 2010 Goonrock and Stefan brainstormed about how to focus the audience on *PRA* as a Shuffle dance song. During one recording session in early December, Goonrock spontaneously said the line "everyday I'm shuffling" in a deep growl in the singing style of

6

Plaintiff Roberts.  Goonrock and Stefan both recognized this reference to the Roberts, p/k/a Rick Ross, recording *Hustlin'*.  For *PRA*, Stefan decided to use the Tag "every day I'm shufflin'" right before the second Drop after the lyric "shake that" that ends the second Chorus in order to clearly tell the audience that *PRA* was a Shuffling dance song.

*Gordy Decl. ¶¶ 20, 22, Exh. 5.*

31. Stefan and Goonrock intended that the Tag "everyday I'm shufflin'" would also be understood by the LMFAO audience as a humorous parody of, and comment on, the drug dealing, daily hustle, and lifestyle of criminal activity described by Plaintiff Roberts in *Hustlin'* where he proclaims over and over again that "everyday I'm hustlin'."  This parody was achieved in part by using the word "shufflin'" rather than "hustlin'."  The two words have polar opposite meanings – you cannot be hustling if you are Shuffling.  In addition, the use in *PRA* of "shufflin'" clearly contrasts the criminal, "gansta rap" life style depicted in *Hustlin'* where every day is a criminal, drug dealing hustle with the Party Rock brand life style where everyone parties and "everybody just have a good time" dancing the Shuffle.

*Gordy Decl. ¶¶ 20, 22, 23, Exhs. 5, 6; Chieffo Decl. ¶¶ 27, 30, 31, 36, 39, 40; Ferrara Decl. ¶¶ 4, 6f, Exh. 44, at ¶¶ 127, 128, pp. 48-49.*

32. To ensure the audience would not miss the parody, comment, and humor of the evocation of Plaintiff Roberts and *Hustlin'* embodied in the "everyday I'm shufflin'" Tag, Stefan tried to record that Tag to sound as much like Plaintiff Roberts' growling, low voice style as possible.

*Gordy Decl. ¶¶ 20, 24, Exhs. 4 and 7.*

33. The lyrics of *PRA* include the Tag "Everyday I'm shuffling," "shuffling, shuffling," and "everyday I'm shuff-fl-flin."  Each of which appear only once in the composition.  Only the short, fragment phrase "everyday I'm" appears in *Hustlin'*.

7

*Gordy Decl. ¶¶ 20, 22, Exhs. 1, 5, 6; Chieffo Decl. ¶ 24, Exh. 34.*

34. The *PRA* music video emphasizes that the song is a Shuffle dance song and the Shuffle is danced throughout the video. In part, the video parodies a 2002 post-apocalyptic, zombie genre movie, *28 Days Later*, except instead of the deadly, highly contagious virus sweeping the world in that movie, in the music video, the release of *PRA* has infected the world causing everyone to simply Shuffle all day long, every day.

*Gordy Decl. ¶ 32, Exh. 10.*

35. After the release of *PRA* and its video, Google recorded a material increase in on-line searches for the terms "Shuffling" and "Shufflin'."

*Declaration of Justin A. Barton ("Barton Decl.") ¶¶ 2-9, 12, 13, Exhs. 14, 15.*

36. When LMFAO delivered *PRA* to the UMG Recordings label Interscope Records, label executives recognized the "everyday I'm shuffling satire."

*Chieffo Decl. ¶ 32, Exh. 41.*

37. 2% of the lyrics of the album version of *PRA* are transformative of lyrics in *Hustlin'* and 98% of its lyrics are unrelated to *Hustlin*. 3.3% of the lyrics of the music video version of *PRA* are transformative of lyrics in *Hustlin'* and 96.7% of its lyrics are unrelated to Hustlin.

*Ferrara Decl. ¶ 4, Exh. 44, at ¶¶ 94, 123, pp. 34, 44.*

38. 3.2% of the musical notes of the album version of *PRA* are transformative of musical notes in *Hustlin'* and 96.8% of its musical notes are unrelated to Hustlin. 4.4% of the musical notes of the music video version of *PRA* are transformative of musical notes in *Hustlin'* and 95.6% of its musical notes are unrelated to *Hustlin'*.

*Ferrara Decl. ¶ 4, Exh. 44, at ¶¶ 95, 124, pp. 34-35, 45.*

### 2. Conclusions of Dr. Ferrara's Musicologist Report Comparing *PRA* to *Hustlin'*.

39. Dr. Ferarra's expert report concludes that the *PRA* album and video versions each parody "*Hustlin'*". Each version of *PRA* incorporates a sufficient portion of the lyrical and musical expression from *Hustlin'* to conjure up an image of *Hustlin'*. However, the copying from *Hustlin'* is far from excessive. Only three lyrics from *Hustlin'* (the words "ev'-ry day I'm") are identically copied in each version of *PRA*. A simple 7-note melody and a fragmentation of that melody in *Hustlin'* are never identically heard or incorporated in the *PRA* versions. The melody from *Hustlin'* is always transformatively presented as new expression in the *PRA* versions. Thus, the only identical copying from "*Hustlin'*" in the *PRA* versions is the 3-word fragment, "ev'-ry day I'm". As demonstrated in Dr. Ferarra's report, this fragment is expanded into new lyrical expression. In addition, each of the PRA versions creates a substantial amount of lyrical and musical expression that is independent of *Hustlin'*.

*Ferrara Decl. ¶¶3, 4, 5, Exh. 44, at ¶ 126, pp.45-46.*

40. **Lyrics**: Almost all of the lyrics in *Hustlin'* are very different from the lyrics in *PRA*; The fragmentary phrase "ev'-ry day I'm" from *Hustlin'* is copied and transformed into new lyrical expression in *PRA*; A substantial amount of lyrical expression is created in *PRA* that is independent of *Hustlin'*; and The "hook" or most memorable part of the lyrics in *PRA* is in the Chorus (namely, "Party rock is in the house tonight, Everybody just have a good time…") which is lyrical expression that is independent of *Hustlin'*.

*Ferrara Decl. ¶¶ 4, 6a, Exh. 44, at ¶ 127, p. 46.*

41. **Instrumental Music**: Most of the instrumental music in *Hustlin'* is very different from the instrumental music in *PRA*; A simple 7-note vocal melody in *Hustlin'* is transformed into a new

9

synthesizer melody in *PRA*; and, A substantial amount of expression is created in the instrumental music in *PRA* that is independent of *Hustlin'*.

*Ferrara Decl. ¶¶ 4, 6b, Exh. 44, at ¶ 127, p. 47.*

42.  **Vocal Melodies:** Most of the melodies in *Hustlin'* are very different from the vocal melodies in *PRA*; the 7-note vocal melody from *Hustlin'* that is transformed into a synthesizer melody in *PRA*, is transformed into new vocal melodies in *PRA*; A substantial amount of vocal melodic expression is created in *PRA* that is independent of *Hustlin'*; and, The "hook" or most memorable part of the vocal melody in *PRA* is in the Chorus (sung to the Chorus lyrics, "Party rock is in the house tonight/Everybody just have a good time…") which is musical expression that is independent of *Hustlin'*.

*Ferrara Decl. ¶¶ 4, 6c, Exh. 44, at ¶ 127, p. 47.*

43.  **Rhythms in the Rapped Parts**: The rapped spoken rhythms in *Hustlin'* are very different from the rapped spoken rhythms in *PRA*; and, A substantial amount of rapped spoken rhythms are created in *PRA* that are independent of *Hustlin'*.

*Ferrara Decl. ¶¶ 4, 6d, Exh. 44, at ¶ 127, pp. 47-48.*

44.  **Transformation:** A substantial amount of new, transformative musical and lyrical expression is created in PRA; The change to an Electric Dance Music genre of PRA is transformative of the Hip Hop genre of "Hustlin';" and, The "hook" or most memorable part of the lyrical and musical compositions in "Party Rock Anthem" is in the Chorus (i.e., the *lyrics* "Party rock is in the house tonight/Everybody just have a good time…" and the *melody* to which these lyrics are sung) and is independent of "Hustlin'."

*Ferrara Decl. ¶¶ 4, 6e, Exh. 44, at ¶ 127, p. 48.*

45. **Parody:** *PRA's* lyrics "ev'-ry day I'm shufflin'" represent dancing and partying "every day", and thereby parody the lyrics "ev'-ry day I'm hustlin'" in Rick Ross' seemingly autobiographical *Hustlin'* and its dark and more serious world of a drug dealer who is working/hustlin' "every day"; the 7-note vocal *melody* sung to the drug-dealing lyrics "ev'-ry day I'm hustlin'" that is sung in a low-pitched vocal style in *Hustlin'* is parodied by a high-pitched 14-note (2-measure) synthesizer melody in *PRA* that creates a light-hearted and comical parody of the vocal *melody* in *Hustlin';* The simple 7-note melody (and fragmentation thereof) combined with the 3-word fragment from *Hustlin'* that is incorporated in *PRA* is sufficient to evoke *Hustlin';* and, within the context of a parody, that taking from *Hustlin'* is not remotely excessive.

   *Ferrara Decl. ¶¶ 4, 6f, Exh. 44, at ¶¶ 127, 128, pp. 48-49.*

B.  **Nature of *Hustlin'* Claimed to be Infringed**

46. *Hustlin'* as a whole is an original, creative work.

   *Chieffo Decl. ¶¶ 24, 30, Exhs. 34, 39.*

47. Plaintiffs allege that *PRA* wrongfully copied the lyric "everday I'm hustlin' and its underlying melody from *Hustlin'*.

   *AC ¶ 30.*

48. The *Hustlin'* lyric used in *PRA* "everday I'm" is a short, non-original fragment phrase.

   *Chieffo Decl. ¶ 33.*

49. The phrase "everyday I'm hustlin'" has been used by persons other than Plaintiffs.

   *Chieffo Decl. ¶ 28, Exh. 37.*

50. In the LMFAO 2009 song *Yes*, the lyric "Every day I see my dream" is repeated several times at three places in that song.

11

*Gordy Decl. ¶¶ 15, 25, Exhs. 1, 8.*

51.   Plaintiffs are not aware off any licenses for the phrase "everyday I'm hustlin'" with or without its underlying melody and are aware of no licenses granted by Def Jam Records to sample the recording of Robert's performance of the lyric "everyday I'm hustlin'."  UMG Recordings and Sony/ATV business records reflect no licenses for "sampling" the *Hustlin'* sound recording or licensing the phrase "everyday I'm hustlin'.

*Chieffo Decl. ¶¶ 4, 5, 18, 20, Exhs. 17, 28, 30.*

52.   Plaintiff Roberts' recording company Maybach Music Group sells on line t-shirts with "Everyday I'm hustlin" on them.

*AC ¶ 25, 69; Chieffo Decl. ¶¶ 11, 29, Exhs. 21, 38.*

53.   Other than the instant action, Plaintiffs, their record company, and their music publisher have never sued any person nor made any claim against any person for any claimed unlicensed use of the phrase "everyday I'm hustlin'."

*Chieffo Decl. ¶ 7, Exhs. 16, 17.*

54.   In 1994, Biggie Smalls, a "gangsta" rap artist like Roberts' persona of "Rick Ross" released the song *Everyday Struggle* on his debut album *Ready to Die*.  The hook/chorus of *Everyday Struggle* includes the lyric "I'm living every day like a hustle, another drug to juggle" and that lyric is repeated 10 times in the song.  Roberts testified that he believes Biggie Smalls was a great lyricist and Roberts compares himself to Biggie Smalls by rapping "Everybody knows I'm a lot of people's threats/Biggie Smalls in the flesh, living life after my death" in the song *Tears of Joy* on Roberts' *Teflon Don* album released in 2010.

*Chieffo Decl. ¶¶ 8, 9, 13, 14, Exhs. 19, at p. 7, 23, at p. 1, 24 at p. 1.*

**C.     The Amount and Substantiality of the Portion of Hustlin Used in *PRA***

55.    Only the short phrase "everyday I'm" from *Hustlin'* is included in *PRA*.

*Ferrara Decl. ¶¶ 4, 6a, Exh. 44, at ¶ 126, pp. 45-46; Gordy Decl.¶¶ 20, 22, Exhs. 5, 6.*

56.    The word "shufflin'" is not a copy of the word "hustlin'" and the two have very different meanings.

*Chieffo Decl. ¶ 27, Exh. 36.*

57.    The phrase "everyday I'm hustlin'" is ½ of a measure long out of a total of 72 measures of *Hustlin'* or only 0.7% of the running length of *Hustlin'*.

*Ferrara Decl. ¶ 4, Exh. 44, at ¶ 5, at p. 5, fn 1; Exh. 44-A, at p. 3.*

**D.     The Effect on the Potential Market for *Hustlin'* of the Use of *Hustlin'* in *PRA***

58.    *PRA* is not a market substitute for *Hustlin'*.

*Gordy Decl. ¶¶ 20, 21, 32, Exhs. 4, 6, 10; Chieffo Decl. ¶¶ 30, 31, Exhs.39, 40; Ferrara Decl. ¶ 4, Exh. 44, at ¶¶ 89-96, pp. 33-35).*

59.    More annual digital album units of the *Hustlin'* sound recording were sold in 2011 and 2012 after the release and success of *PRA* than were sold in 2010 before the release of *PRA*.

*Chieffo Decl. ¶¶ 15, 17, Exh. 27.*

60.    More annual Digital Stream units were received for the *Hustlin'* sound recording in 2011, 2012, and 2013 after the release of *PRA* than in any other years since the release of *Hustlin'* in 2006.

*Chieffo Decl. ¶¶ 15, 17, Exh. 27.*

61.    The *Hustlin'* sound recording received more digital revenue in 2011 and 2012 after the release and success of *PRA* than was received in 2010 before the release of *PRA*.

*Chieffo Decl. ¶¶ 15, 17, Exh. 27.*

62. Domestic publishing annual income earned by the composition *Hustlin'* was greater in 2011, 2012, and 2013 after the release of *PRA* than *Hustlin'*'s domestic music publishing income in 2010.  Domestic music publishing income is often received by a music publisher more than six months after it is initially earned.

*Chieffo Decl. ¶¶ 16, 19, Exh. 29; Declaration of Sara Jackson ("Jackson Decl.") ¶¶ 3-13.*

63. Records produced by Sony/ATV (publisher of Roberts' interest in *Hustlin'*) reflect that no license has ever been issued for a third party's use of the lyric "everyday I'm hustlin'," that annual publishing revenues for synchronization licenses for the *Hustlin'* composition were greater in 2011, 2012, and 2103 than *Hustlin'*'s synchronization license revenues in 2010, and that *Hustlin'*'s 2012 domestic synchronization licenses revenues were the highest annual synchronization revenues ever achieved in any year since the initial release of the *Hustlin'* sound recording in 2006.

*Chieffo Decl. ¶¶ 16, 20, Exh. 30.*

64. Records produced by Universal Music Recordings reflect that no license has ever been issued granting a third party the right to "sample" (i.e., include in another sound recording) any portion of Roberts' *Hustlin'* sound recording including his performance of the "everyday I'm hustlin'" lyric.

*Chieffo Decl. ¶¶ 15, 18, Exh. 28.*

65. Plaintiffs do not personally know of any annual earnings from licensing the "everyday I'm hustlin'" lyric or from sampling any portion of Roberts' recording of *Hustlin'*.

*Chieffo Decl. ¶¶ 3, 4, 5, 6, Exh. 17.*

66. Google recorded a material increase in on-line searches for the term "hustlin'" and "everyday I'm hustlin'" in 2011 and 2012 after the release of *PRA*.

    *Barton Decl. ¶¶ 2-11, Exhs. 12, 13*.


Dated:  October 1, 2014

GREENBERG TRAURIG, P.A.
*Attorneys for Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., NU80s Music, LLC, LMFAO, LLC, Party Rock, LLC, and Foo & Blu, LLC*

333 Avenue of the Americas
Miami, FL 33131
Tel: 305-579-0500; Fax: 305-579-0717

By:  /s/ *VINCENT H. CHIEFFO*
      VINCENT H. CHIEFFO
(Admitted *Pro Hac Vice*)
chieffov@gtlaw.com

By:  /s/ *BARRY L. ROTHBERG*
      BARRY L. ROTHBERG
Florida Bar No. 0160873
rothbergb@gtlaw.com

LA131560148

CASE NO.: 1:13-CV-24700-KMW

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan L. Gaines, Esq.  
Karen Linda Stetson, Esq.  
GrayRobinson  
1221 Brickell Avenue  
Miami, FL 33131  
Tel: 305-416-6880  
Fax: 305-461-6887  
Email: jgaines@gray-robinson.com; karen.stetson@gray-robinson.com

By: *s/Barry Rothberg*  
Barry L. Rothberg