IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24700-CIV-WILLIAMS-SIMONTON

| | |
|---|---|
| WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS,<br><br>            Plaintiffs,<br><br>v.<br><br>STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, KIA MOTORS AMERICA, INC., a California corporation, DAVID & GOLIATH, LLC, a Delaware limited liability company, DAVID JAMAHL LISTENBEE p/k/a GOON ROCK, THE LISTENBEE, LLC, a California limited liability company, NU80s MUSIC, LLC, a California limited liability company, LMFAO, LLC, a California limited liability company, PARTY ROCK, LLC, a California limited liability company, FOO & BLU, LLC, a California limited liability company and BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California corporation,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**<u>DEFENDANTS' NOTICE OF FILING THE REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS INCORPORATED IN THE AMENDED COMPLAINT AND OTHER DOCUMENTS IN SUPPORT OF DEFENDANTS' STEFAN KENDAL GORDY, SKYLER AUSTEN GORDY, AND PARTY ROCK, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE THIRD AND FOURTH COUNTS OF THE AMENDED COMPLAINT</u>**

1

CASE NO.: 1:13-CV-24700-KMW

NOTICE IS HEREBY GIVEN that Defendants STEFAN KENDAL GORDY, SKYLER AUSTEN GORDY, and PARTY ROCK, LLC (collectively, "Moving Defendants"), by and through the undersigned counsel, hereby file the attached Request for Judicial Notice of Documents Incorporated in the Amended Complaint and Other Documents in Support of Defendants' Stefan Kendal Gordy, Skyler Austen Gordy, And Party Rock, LLC'S Motion for Judgment on the Pleadings as to the Third and Fourth Counts of the Amended Complaint.

Respectfully submitted,

Dated: October 3, 2014

GREENBERG TRAURIG, P.A.
*Attorneys for Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., NU80s Music, LLC, LMFAO, LLC, Party Rock, LLC, and Foo & Blu, LLC*

333 S.E. 2nd Avenue
Miami, FL 33131
Tel: 305-579-0500; Fax: 305-579-0717

By: /s/ VINCENT H. CHIEFFO
VINCENT H. CHIEFFO
(Admitted *Pro Hac Vice*)
chieffov@gtlaw.com

By: /s/ BARRY L. ROTHBERG
BARRY L. ROTHBERG
Florida Bar No. 0160873
rothbergb@gtlaw.com

LA131653586

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan L. Gaines, Esq.
Karen Linda Stetson, Esq.
GrayRobinson
1221 Brickell Avenue
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-461-6887
Email: jgaines@gray-robinson.com; karen.stetson@gray-robinson.com
Attorneys for Plaintiffs

                                                 By:  *s/Barry Rothberg*
                                                    Barry L. Rothberg