**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-24700-CIV-WILLIAMS-SIMONTON**

| | |
|---|---|
| WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS,<br><br>       Plaintiffs,<br><br>vs.<br><br>STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, KIA MOTORS AMERICA, INC., a California Corporation, DAVID & GOLIATH, LLC, a Delaware limited liability company, DAVID JAMAHL LISTENBEE p/k/a GOON ROCK, THE LISTENBEE, LLC, a California limited liability company, NU80s MUSIC, LLC, a California limited liability company, LMFAO, LLC, a California limited liability company, PARTY ROCK, LLC, a California limited liability company, FOO & BLU, LLC, a California limited liability company, and BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS INCORPORATED IN THE AMENDED COMPLAINT AND OTHER DOCUMENTS IN SUPPORT OF DEFENDANTS' STEFAN KENDAL GORDY, SKYLER AUSTEN GORDY, AND PARTY ROCK, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE THIRD AND FOURTH COUNTS OF THE AMENDED COMPLAINT

Defendants Stefan Kendal Gordy, Skyler Austen Gordy, and Party Rock, LLC (collectively "Moving Defendants") hereby request that the Court consider, in deciding their Motion for Judgment on the Pleadings as to the Third and Fourth Counts of the Amended

Complaint ("Motion") documents that are incorporated by reference in the Amended Complaint or are subject to judicial notice.

> **A.   The Court Should Consider Documents Incorporated By Reference In Plaintiffs' Amended Complaint.**

Moving Defendants request that the Court consider certain documents referenced in Plaintiffs' Amended Complaint in deciding the Motion.  On a motion to dismiss or motion for judgment on the pleadings, "the court may consider a document attached to a motion to dismiss without converting the motion into one for summary judgment[1] if the attached document is (1) central to the plaintiff's claim and (2) undisputed.  In this context, 'undisputed' means that the authenticity of the document is not challenged." *Day v. Taylor*, 400 F.3d 1272, 1276 (11th Cir. 2005) (citing *Horsley v. Feldt*, 304 F. 3d 1125, 1134 (11th Cir. 2002)); *see also* 5B Charles A. Wright et al., Federal Practice and Procedure § 1357, at 1 (3d ed. 2014) (noting that "[n]umerous cases . . . have allowed consideration of matters incorporated by reference or integral to the claim").

Indeed, in *Tellabs, Inc. v. Makor Issues & Rights, Ltd*., 551 U.S. 308 (2007), the Supreme Court explained that "courts *must* consider . . . documents incorporated into the complaint by reference."  551 U.S. at 322 (emphasis added); *see also Lozman v. City of Riviera Beach*, 713 F.3d 1066, 1075 n.9 (11th Cir. 2013) (same).   It is also "clear that a document need not be physically attached to a pleading to be incorporated by reference into it." (*Day*, 400 F.3d at 1276) as "[p]laintiffs cannot prevent a court from looking at the texts of the documents on which [their] claim is based by failing to attach or explicitly cite them."  *In re Burlington Coat Factory Sec. Litig*., 114 F.3d 1410, 1426 (3d Cir. 1997).

Plaintiffs' Amended Complaint explicitly references the songs *Hustlin'* and *Party Rock Anthem* and their respective lyrics.  *See, e.g.*, Amended Complaint [Dkt. 32-1] ("AC") ¶ 31. Accordingly, the lyrics are incorporated by reference in the Amended Complaint and Moving

---

[1]      Should the Court conclude that it may not consider a particular exhibit, the Court may exclude consideration of that exhibit rather than convert the Motion into a motion for summary judgment.  *See* Fed. R. Civ. P. 12(d); *Nat'l Shopmen Pension Fund v. Disa*, 583 F. Supp. 2d 95, 99 & n.1 (D.D.C. 2008).

Defendants respectfully request that the Court consider true and correct copies of the lyrics, attached hereto as Exhibits 1 and 2,[2] in deciding the Motion.

Plaintiffs' Amended Complaint further incorporates by reference the merchandise on which the lyrics "everyday I'm hustlin'" and "everyday I'm shufflin'" are printed.  *See, e.g.*, AC ¶¶ 25, 31, 69, 70.  Indeed, this merchandise forms the basis of Plaintiffs' Third and Fourth Counts.  *Id*. ¶¶ 62, 69, 70.  Accordingly, because the merchandise is incorporated by reference in the Amended Complaint and is central to Plaintiffs' claims, Moving Defendants respectfully request that the Court consider true and correct copies of screenshots from websites on which the merchandise is sold, attached hereto as Exhibits 3 and 4, in deciding the Motion.  *See also infra* at pp. 4 – 5 (appropriateness of taking judicial notice of material found on webpages).

### B.  **The Court Should Consider Documents Subject To Judicial Notice.**

In addition to documents incorporated by reference in a complaint, "courts must consider . . . matters of which a court may take judicial notice." *Tellabs*, 551 U.S. at 322; *see also Lozman*, 713 at 1066, 1076 n.9 (same); 5B Wright & Miller § 1357 (same).  A court is not required to "'accept as true allegations that contradict matters properly subject to judicial notice.'"  *In re Gilead Scis. Sec. Litig.*, 536 F.3d 1049, 1055 (9th Cir. 2008) (citation omitted).  Courts will take judicial notice of a fact not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).

### 1.  Records Of The USPTO And California Secretary Of State Are Properly The Subject Of Judicial Notice.

It is well-settled that courts may take judicial notice of "[r]ecords and reports of administrative bodies" (*Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994)) and governmental agencies (*Lyons v. Coxcom, Inc.*, 718 F. Supp. 2d 1232, 1237 (S.D. Cal. 2009)), because such documents are generally considered "'not to be subject to reasonable dispute'" under Federal Rule of Evidence 201(b).  *United States ex rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003), *aff'd*, 388 F.3d 209 (6th Cir. 2004) (citation omitted).

---

[2]     The lyrics to *Hustlin'* and *Party Rock Anthem* were also attached to Defendants' Answer. *See* Dkt. 38-1, 38-2.

"'Absent some reason for mistrust, courts have not hesitated to take judicial notice of agency records and reports.'" *Rich v. Secretary, Fla. Dep't of Corrections*, 716 F.3d 525, 534 (11th Cir. 2013) (citation omitted); *see also Bridgeway Corp. v. Citibank*, 201 F.3d 134, 143-44 (2d Cir. 2000) (State Department reports admissible and inherently trustworthy).

Exhibits 5, 7, 8, and 11 attached hereto are all documents originating from the United States Patent and Trademark Office, and Exhibit 9 is a document originating from the California Secretary of State. The documents are not subject to reasonable dispute, and are capable of accurate and ready determination. Accordingly, the Court should take judicial notice of these public filings.

    2.   Screenshots Of Websites Demonstrating Third-Party Trademark Use Are Properly The Subject Of Judicial Notice.

Materials found on websites are also properly the subject of judicial notice because they are capable of accurate and ready determination. Fed. R. Evid. 201(b)(2); *see, e.g., In re Amgen Inc. Sec. Litig.*, 544 F. Supp. 2d 1009, 1023 (C.D. Cal. 2008) (granting request for judicial notice of labels "taken from the FDA website" as such documents were "'capable of accurate and ready determination'" and "'not subject to reasonable dispute'" under Fed. R. Evid. 201(b)); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (taking judicial notice of information posted on school district websites); *Cnty. of Santa Clara v. Astra USA, Inc.*, 401 F. Supp. 2d 1022, 1024 (N.D. Cal. 2005) (taking judicial notice of "a description of the price-control regime on a Department of Health and Human Services web site" and a pricing agreement); *SEC v. Goldstone*, 952 F. Supp. 2d 1060, 1119-20 (D.N.M. 2013) (taking judicial notice of a compilation of SEC filings, because "the accuracy of its contents may be readily determined by sources whose accuracy is not reasonably questioned, as the Defendants have provided the Court with links to world wide web sites that verify" the information in the compilation); *Genetic Techs. Ltd. v. Agilent Techs., Inc.*, No. 11-cv-01389-WJM-KLM, 2012 WL 1015355, at *9 & n.6 (D. Colo. Mar. 23, 2012) (taking judicial notice of a defendant's website for the purposes of analyzing its contacts with the state of Colorado when ruling on a motion to dismiss for lack of personal jurisdiction).

Moving Defendants respectfully request that the Court take judicial notice of screenshots taken from the Hustlin USA Clothing Company website (Exhibit 6), and printouts from various websites demonstrating the rampant use by third-parties of the phrase "everyday I'm hustlin'" on

merchandise, including t-shirts (Exhibit 10) as well as Exhibits 3 and 4 discussed above at p. 3.[3]

      For the foregoing reasons, Moving Defendants respectfully request that the Court consider the attached Exhibits 1-11 in deciding the Motion.


Dated:  October 3, 2014              GREENBERG TRAURIG, P.A.
                                      *Attorneys for Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., Nu80s Music, LLC, LMFAO, LLC, Party Rock, LLC, and Foo & Blu, LLC*

                                        333 Avenue of the Americas
                                        Miami, FL 33131
                                        Tel: 305-579-0500; Fax: 305-579-0717


                   By:   */s/ VINCENT H. CHIEFFO*
                         VINCENT H. CHIEFFO
                        (Admitted *Pro Hac Vice*)
                        chieffov@gtlaw.com


                   By:   */s/ BARRY L. ROTHBERG*
                         BARRY L. ROTHBERG
                        Florida Bar No. 0160873
                        rothbergb@gtlaw.com

---

[3]      The third-party uses were also submitted in support of Defendants' Motion for Summary Judgment.  *See* Dkt. 47-4.

*LA 131649457v1*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan L. Gaines, Esq.
Karen Linda Stetson, Esq.
GrayRobinson
1221 Brickell Avenue
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-461-6887
Email: jgaines@gray-robinson.com; karen.stetson@gray-robinson.com

By:   *s/Barry Rothberg*
            Barry L. Rothberg

Exhibit 1

Exhibit 1

### *HUSTLIN'*

Everyday I'm hustlin', hustlin'
Hustle, hustlin' hustlin'
Hustle, hustlin' hustlin'
Hustle, hustlin' hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm
Everyday I'm hustlin'

Who you suckers think you trippin' with? Yes, I'm the boss
Seven forty-five, white on white, that's Rick Ross
I cut 'em wide, I cut 'em long, I cut 'em fat
I keep 'em comin' back, we keep 'em comin' back

I'm in the distribution, I'm like Atlantic
I got them pretty thangs flyin' 'cross the Atlantic
I know Pablo, Noriega, the real Noriega
He owe me a hundred favors

I ain't petty, playa, we buy the whole thang
See most of my homies hustle, they still do they thang
My roof back, my money rides
I'm on the pedal, show you what I'm runnin' like

1

Exhibit 1

When they snatch black, I cry for a hundred nights
He got a hundred bodies, servin' a hundred lifes

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm

We never steal cars but we deal hard
Whip it real hard, whip it, whip it real hard
I caught a charge, I caught a charge
Whip it real hard, whip it, whip it real hard

Ain't 'bout no funny stuff, still flippin' them chickens
I'm on my money stuff, still whippin' them Benzs
Major league, who catchin' because I'm pitchin'
Jose Canseco just snitchin' because he's finish

I feed 'em steroids to strengthen up all my chickens
They're flyin' over Pacifics to be specific
Triple C's, you know it's back, we holdin' sacks
So nigga, go on rat, run and tell 'em that
Mo' cars, mo' hoes, mo' clothes, mo blows

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm

It's time to spend my thrills, custom spinnin' wheels
I ain't drove in a week, them bitches spinnin' still
Talk about me because these suckers scared to talk about me
Killers talkin' 'bout me, it ain't no talk about me

2

Exhibit 1

It ain't no walkin' 'round me
See all these killers 'round me
Lot of drug dealin' 'round me
Goin' down in Dade County

Don't tote no 22's, Magnum cost me twenty two
Sat it on them 22's, birds go for twenty two
Lil' mama super thick, she say she 22
She seen them 22's, we in room 222

I touch work like I'm convertible Burt
I got distribution, so I'm convertin' the work
In the M I A yo, them niggas rich off yayo
Steady slangin' yayo, my Chevy bangin', hey yo

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm

3

Exhibit 1

Exhibit 2

Exhibit 2

***PARTY ROCK ANTHEM***

Party rock!
Yeah!
Woo!
Let's go

Party rock is in the house tonight
Everybody just have a good time
And we gon' make you lose your mind
Everybody just have a good time
(Clap)

Party rock is in the house tonight
Everybody just have a good time
And we gon' make you lose your mind
We just wanna see ya –
Shake that
In the club, party rock,  lookin' for your girl? She on my jock
Nonstop when we in the spot, booty movin' weight like she on the block
Where the drink? I gots to know, tight jeans, tattoos cuz I'm rock 'n' roll
Half black, half white, domino, gang of money, Oprah dough

Yo, I'm runnin' through these hos like Drano
I got that devilish flow, rock 'n' roll, no halo
We party rock, yeah, that's the crew that I'm reppin
On a rise to the top, no lead in our zeppelin, hey

Party rock is in the house tonight
Everybody just have a good time
(Let's go)
And we gon' make you lose your mind
Everybody just have a good time

Party rock is in the house tonight
Everybody just have a good time
And we gon' make you lose your mind
We just wanna see ya—
Sshake that

Everyday I'm shufflin'

Shufflin', shufflin'

1

Exhibit 2

Step up fast and be the first girl to make me throw this cash
We gettin' money, don't be mad now, stop –
Hating is bad


One more shot for us
-- Another round!
Please fill up my cup
--Don't mess around!
We just wanna see
--Ya shake it now
Now you home with me,
--You're naked now


Get up, get down, put your hands up to the sound
Get up, get down, put your hands up to the sound
Get up, get down, put your hands up to the sound
Put your hands up to the sound, put your hands up to the sound


Get up, get up, get up, get up
Get up, get up, get up, get up
Get up, put your hands up to the sound, to the sound
Put your hands up, put your hands up, put your hands up, put your hands up


Party rock is in the house tonight
(Put your hands up)
Everybody just have a good time
(Put your hands up)
And we gon' make you lose your mind
(Put your hands up)
Everybody just have a good, good, good time


Oooohh
Put your hands up
Put your hands up
Put your hands up
Shake that,


Everyday I'm shuf-ff-flin.'


Get yo hands  up (x5)

Exhibit 2

Exhibit 3

Exhibit 3



Exhibit 3



Exhibit 3

Exhibit 4

Exhibit 4



Exhibit 4



Exhibit 4



« Prev Next »                    Close Window



« Prev Next »                    Close Window

Exhibit 4

Exhibit 5

Exhibit 5



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Sep 30 03:21:26 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___  OR  Jump  to record: ___  **Record 5 out of 11**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | HUSTLIN |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely; caps, hats, jackets, t-shirts, sweatshirts, lingerie, sleepware. FIRST USE: 20021101. FIRST USE IN COMMERCE: 20021101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78215763 |
| **Filing Date** | February 17, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 23, 2003 |
| **Registration Number** | 2824141 |
| **International Registration Number** | 0846552 |
| **Registration Date** | March 16, 2004 |
| **Owner** | (REGISTRANT) Hargain, Anthony M. INDIVIDUAL UNITED STATES P.O. 116 Fair Oaks CALIFORNIA 95628 |
| | (LAST LISTED OWNER) HUSTLIN USA CLOTHING COMPANY, LLC LIMITED LIABILITY COMPANY CALIFORNIA P.O. BOX 116 FAIR OAKS CALIFORNIA 95628 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Barbara L. Friedman |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140311. |
| **Renewal** | 1ST RENEWAL 20140311 |
| **Live/Dead Indicator** | LIVE |

Exhibit 5

Trademark Electronic Search System (TESS)

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 5

Exhibit 6

Exhibit 6



Exhibit 6



Exhibit 6



Exhibit 6

Exhibit 7

Exhibit 7



Exhibit 7

E
x
h
i
b
i
t

8

Exhibit 8



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Sep 30 03:21:26 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____ OR  Jump  to record: _____   **Record 6 out of 11**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **HUSTLIN** USA CLOTHING CO. |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING, NAMELY; CAPS, HATS, JACKETS, T-SHIRTS, SWEATSHIRTS. FIRST USE: 20021101. FIRST USE IN COMMERCE: 20021101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | 78172539 |
| **Filing Date** | October 9, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 17, 2003 |
| **Registration Number** | 2870498 |
| **Registration Date** | August 3, 2004 |
| **Owner** | (REGISTRANT) Hargain, Anthony M. INDIVIDUAL UNITED STATES P.O. Box 116 Fair Oaks CALIFORNIA 95628

(LAST LISTED OWNER) HUSTLIN USA CLOTHING COMPANY, LLC LIMITED LIABILITY COMPANY CALIFORNIA P.O. BOX 116 FAIR OAKS CALIFORNIA 95628 |
| **Assignment** | |

Exhibit 8

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Barbara L. Friedman |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "USA" and "CLOTHING CO." APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140311. |
| **Renewal** | 1ST RENEWAL 20140311 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 8

Exhibit 9

Exhibit 9

California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |

## Business Entity Detail

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, September 26, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | HUSTLIN USA CLOTHING COMPANY LLC |
| Entity Number: | 200235810023 |
| Date Filed: | 12/24/2002 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 6440 SHADY SPRINGS WAY |
| Entity City, State, Zip: | CITRUS HEIGHTS CA 95621 |
| Agent for Service of Process: | ANTHONY M. HARGAIN |
| Agent Address: | 6440 SHADY SPRINGS WAY |
| Agent City, State, Zip: | CITRUS HEIGHTS CA 95621 |

\* Indicates the information is not contained in the California Secretary of State's database.

**\* Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search     New Search     Printer Friendly     Back to Search Results**

Privacy Statement | Free Document Readers

Copyright © 2014   California Secretary of State

Exhibit 9

Exhibit 10

Exhibit 10



Exhibit 10

http://www.pinterest.com/pin/162833342751690219/                                                 9/12/2014

Nike Women's Muslim Shirt - DIY | Fitness WeaR. Pinterest.com

Search    Follow
Swag!!

**Delilah DeAvilla**



Follow

Follow
**FiTneSS WeaR**

**TaWnY HuGheS**



Follow

Follow
**Style**

**Tracey Noe**



Follow

Follow
**njkɛ ✓**

**† • // OLIVIA // • †**



Follow

See more boards



from Finish Line
**Women's Nike Freekin' Awesome Running T-Shirt**

Women's Nike Freekin Awesome Running T-Shirt
1

Skyler Brown
Athletic Clothes



**Nike Women's Challenger Wild Graphic T-Shirt**
2

Caitlyn Henry
Nike







**NIKE Shirt.**

Ali Figurin
workout



**Nike Womens Get Dirty Paris Tee $35**

Haylee VanEngelenhoven
runnin runnin and runnin runnin





**Women's Nike Pretty Tough T-Shirt**

Monica Marquez
I work out





**Nike Sport Graphic T-Shirt - Women's**
1

Ev(Paul) Prewett
Clothes and watev







**Pittsburgh Pirates Women's Old Faithful T-Shirt by Nike**
1

Cherie
My Style





from eBay
**Nike women's t-shirt "these guns are loaded" large**

NIKE WOMEN'S T-SHIRT "...
1

Kerrigan Semans
cloths





Exhibit 10



Nike Core Women's T-Shirt

ashlee gardner
Sports wear

Nike Womens NA Chai Move UR A
Top - Womens Running Clothing -
Pink Clay-Thunder Blue-Reflective
Silver

Briyanna Logue
My Nike Closet!

from Etsy

**Black Friday Sale This Girl
Loves Christmas Shirt S-2XL**

I need this shirt! lol

Brittany Daniels
Things I Want

Nike Sport Graphic T-Shirt -
Women's at Foot Locker

Juliana Depp
Outfits

Exhibit 10



# END OF SEASON SALE | SAVE UP TO 50%

EXPAND

Women's Nike Everyday I'm Hustlin' T-Shirt

Tweet        Like  0



## Description

Women's Nike Everyday I'm Hustlin' T-Shirt

Let the competition know you're ready for action in the Nike "Every Day I'm Hustlin'" T-Shirt. The ideal combination of pure comfort and sassy confidence, this bold tee is sure to turn some heads and keep you cozy.

Hustle your way to style in this vibrant tee, which features contrast screen-printing on the front and Dri-FIT fabric. You'll feel as fresh as you look in this tee, while also getting the comfort you crave from the rib v-neck and interior taping.

FEATURES:

- FABRIC: Dri-FIT 75% polyester, 13% cotton, 12% rayon
- FIT: Slim
- CARE: Machine wash
- IMPORTED

Exhibit 10

## Women's Nike Everyday I'm Hustlin' T-Shirt

**Sold Out**

536164 620

Pink Force Heather



Select Size: Please select a size

| SMALL | MED | LARGE |
| XLRG | SIZE CHART |

Quantity: 0 ▼

ADD TO CART　ADD TO WISH LIST

### In-Store Pickup
Select up to 3 favorite stores. Availability will display as you shop.

SELECT STORES

## Reviews

Overall Rating ★★★★★ 4.5 out of 5

| Comfort | 5 out of 5 |
| Quality | 4.5 out of 5 |
| Value | 5 out of 5 |
| Performance | 4.5 out of 5 |
| Fit/sizing | 3.5 out of 5 |

2 of 2 (100%) reviewers would recommend this product to a friend.

Read all 2 reviews　Write a review

Share this Product: 

## Frequently Asked Questions

In-Store Pickup

Shipping and Delivery Information

Return Policy

You may also like



Men's Nike Benassi JDI Slide Sandals
Was: $21.99　Now: $9.98　50% off!



Men's Nike Dual Fusion Run 3 Running Shoes
Was: $79.99　Now: $38.49　50% off!

Exhibit 10



Men's Nike Air Indee Casual Shoes
Finish Line Exclusive
Was: $79.99   Now: $34.99   55% off!



Men's Air Jordan Retro 14 Basketball Shoes
$169.99



Men's Mizuno Wave Prophecy 3 Running Shoes
Was: $184.99   Now: $69.99   60% off!



## Customer Reviews

Choose a sort order ▼

Overall Rating: ★★★★☆ 4 out of 5
Great shirt!, October 2, 2013
By kron14 from minnesota (read all my reviews)
Comfort:        5 out of 5
Quality:        4 out of 5
Value:          5 out of 5
Performance:    4 out of 5
Fit/sizing:     3 out of 5

Pros: Great Value, Comfort
Cons: Runs Too Big

"Soft, durable, runs a little big, yet very good shirt! would buy another"

Yourself: Trying to Stay Fit
I bought this for: Myself
Was this review helpful to you? Yes   No
(Report Inappropriate Review)

Share this Review: ❖

Overall Rating: ★★★★★ 5 out of 5
Everyday I'm Hustlin', August 21, 2013
By Lady) from Long Beach, CA (read all my reviews)
Comfort:        5 out of 5
Quality:        5 out of 5
Value:          5 out of 5
Performance:    5 out of 5
Fit/sizing:     4 out of 5

Pros: Comfort, Good Quality

"This shirt is a LOOSE FIT, Dri-Fit tee so get your regular size that you wear because it runs big. If you wear a Medium in regular Nike gear, then get a Medium size in this tee. Super comfortable! Used it the other day during my run and it did keep me cool. Love the color and the slogan."

Yourself: Trying to Stay Fit
I bought this for: Myself
Was this review helpful to you? Yes   No
(Report Inappropriate Review)

Exhibit 10

Share this Review:

SIGN UP FOR SWEET DEALS AND HIGH FIVES        Email

STORE LOCATOR

Find a Finish Line
store near you.

CONNECT WITH US

BE REWARDED

Score Kicks.
Score Points.
Get Rewards.

GIFT CARDS

Buy Gift Cards
Check Your Balance

CUSTOMER CARE

Track Your Order
FAQs
Shipping Rates & Policies
Return Policy
Cancel an Order
Contact Us
1.888.777.3949

GET TO KNOW US

Our Company
Youth Foundation
Careers
Investor Relations
Affiliate Program
Privacy Policy
Security
Terms of Use
Site Map

© 2014 The Finish Line, Inc.

Exhibit 10

Home / Home Page Products / Every day I'm Hustlin' Pete Rose



Double click on above image to view full picture

### Every day I'm Hustlin' Pete Rose

CinVin-54 Pete

| 23 | 13 | 2 |

Facebook: facebook.com/cincyshirts
Twitter: twitter.com/cincyshirts

Size Chart | Color Chart

Availability: In stock

**$25.00**

If you hustle every day. You can't go wrong.

**\*Apparel**
Choose an Option... ▼

**\*Size**
Choose an Option... ▼

**\*Color**
Choose an Option... ▼

\* Required Fields

**$25.00**

Qty: 1   ADD TO CART   [Check out with PayPal — The safer, easier way to pay]

\* Required Fields

Add to Compare
Be the first to review this product
Email to a Friend

Compare Products

You have no items to compare.

My Cart

You have no items in your shopping cart.

Product Description | Additional Information

Cincy Shirts
Like

15,394 people like Cincy Shirts.

Facebook social plugin

More Information

Exhibit 10

Case 1:13-cv-24700-KMW    Document 57-1    Entered on FLSD Docket 10/03/2014    Page 44 of 106

| Search for items or shops | Search | Browse Etsy ⌄ | | Register | Sign In | 🛒 |

## Popular items for **everyday i'm hustlin**   See all


Art Print - Everyday I'm Hustlin' - 8x1...
BetweentheLines...    $10.00 USD


Everyday I'm Hustlin Mug, Hustlin Co...
AbbyandGraceSho...    $16.00 USD


Everyday I'm Hustlin' T-shirt Top Dop...
LostCoveApparel    $16.75 USD


These are the new "Everyday I&#39;...
ThatCushLife    $20.00 USD


Everyday I'm Hustlin' to do pad print...
SouthernSpruce    $5.00 USD


Everyday I'm Hustlin Gold & Black T...
GodLovesAllofMe    $7.00 USD


INSTANT DOWNLOAD - Everyday I'...
ArdentDesignCo    $8.00 USD


Everyday I'm Hustlin' - Hand Embroi...
GlitchedStitche...    $30.00 USD


Everyday I'm Hustlin Print Home Offi...
iCandyProducts    $9.99 USD


Everyday I'm Hustlin' - Fleece Crewn...
AmericanTeeCo    $34.50 USD


Everyday I'm Hustlin' Print Office Pri...
lulusimonSTUDIO    $15.00 USD


Everyday I'm Hustlin, Typography Pri...
ThePixartPoster    $12.00 USD


EVERYDAY I'M HUSTLIN' - inspirati...
AnEpicYear    $15.00 USD


Hustle Darling Poster PRINTABLE, ...
Dantell    $5.00 USD


Every Day I'm Hustlin' Gold Foil Print...
ThePaperExchang...    $12.00 USD


Hustle Print Gold Foil Metallic, Girl B...
AspenLaneColora...    $15.00 USD

Exhibit 10


Everyday I'm Hustlin' - Custom Printa...
BonTempsBeignet $5.00 USD


Everyday I'm Hustlin' / gold metallic p...
TheTrendySparro... $15.00 USD


Print Inspirational: 8 "X 10&quot; "Ev...
designsbymariai... $15.00 USD


PDF/JPEG Everyday I'm Hustlin'&#3...
katiekutthroat $4.00 USD



PATTERN ONLY Everyday I'm Hustli...
PurpleHippoStit... $5.00 USD


Tea Towel - Hand Printed Organic Fl...
IScreenYouScree... $24.00 USD


Funny Card, PeeWee Herman, Pape...
WellOwlBee $4.00 USD


every day i'm hustlin'
77x2 $28.00 USD


Kardla Navy Blue Enamel Lentil Disk...
HandmadebyAnneP... $16.00 USD


EVERYDAY Hustlin Longer tee with ...
REBELIAM $36.90 USD


Hustle Print - 8x10 Inspirational Print...
DreamBigPrintab... $5.00 USD


Rick Ross 'Everyday I'm cross stitchi...
Katejblandford $5.03 USD


Everyday Im Hustlin Print, Motivation...
AntsyDesigns $10.00 USD


Everyday I'm Hustlin' CrossStitch Pat...
LuckyAccidents $5.00 USD


Everyday I'm Hustlin' in Green - 5x7 ...
OhDeerCreativeS... $1.50 USD


Everyday I'm Hustlin' Burnout Runni...
familyfanclub $25.00 USD


Mini Framed "Everyday I'm Hustlin" ...
RagingStitches $15.00 USD


Everyday I'm Hustlin', Black Backgro...
InkAndBoutique $3.00 USD


Everyday I'm Hustlin Coffee Mug
KnoxyArt $12.00 USD


Humor Quote Paper Wall Art - "Ever...
HandmadeHQ $25.00 USD

Exhibit 10


Everyday I'm Hustlin' Adjustable Alu...
TheLittleHomebi... $15.09 USD


Everyday I'm hustlin glass pendant n...
DeannaCreations $13.00 USD


Adult Unisex T Shirt Jeremy Lin Lins...
MalloryandSons $12.99 USD


Everyday I'm hustlin' - Pendant neckl...
HowjoyfulShop $19.00 USD


4-Pack of Flat Notecards - Stationery...
BetweentheLines... $10.00 USD


Everyday I'm Hustlin' Jumper Sweate...
LostCoveApparel $25.14 USD


Print Inspirational: 8 "X 10&quot; "Ev...
designsbymariai... $15.00 USD


DIY KIT - Everyday I'm Hustlin&#39;...
PurpleHippoStit... $15.00 USD


I'm Much More Interesting On The In...
ThePixartPoster $12.00 USD


EVERYDAY Hustlin Longer tee with ...
REBELIAM $36.90 USD


Tea Towel - Hand Printed Organic Fl...
IScreenYouScree... $24.00 USD


New Everyday I'm Hustlin Fun Poste...
iCandyProducts $19.99 USD


Everyday I'm Hustlin' Women's New ...
familyfanclub $30.00 USD


Everyday I'm Hustlin Workout Runni...
humanitysource $19.95 USD


BUY 2 GET 1 FREE Typography Pri...
paperchat $10.00 USD


Funny Dog Tag Pet ID -- Everyday I...
BadTags $13.50 USD


Everyday I'm Hustlin' sampler...
CarsonZickersha... $30.00 USD


Everyday I'm Hustlin' T Shirt Top Wo...
ThePrintHouseCh... $16.69 USD


Everyday I'm Hustlin' Original Altered...
BumaStudio $15.00 USD

Everyday I'm Hustlin Typography Art ...
CARDofGOLD $12.00 USD

Exhibit 10



Everyday I'm Hustlin' - Wall Art...
littleditie          $10.99 USD



Cotton Canvas Tote Bag - Everyday ...
BrittanyGamerD...          $18.00 USD



5x7 Everyday I'm Hustlin Ombre Print...
mmfcalligraphy          $10.00 USD



Everyday I'm Hustlin' 6&quot; and 8" ...
LondonandGrange...          $35.00 USD



Everyday I'm Hustlin' Foil on Blue Pri...
Designeee          $8.00 USD



Everyday I'm Hustlin' / black and pin...
TheTrendySparro...          $15.00 USD



Everyday I'm Hustlin Poster
PaperJamPress          $29.99 USD



Everyday I'm Hustlin Natural 16 x 16 ...
LoveYouALatteSh...          $55.00 USD



Everyday I'm Hustlin Cross Stitch Pill...
TheModifiedCraf...          $41.93 USD



Everyday I'm hustlin canvas tote- hu...
Peekabloombaby          $18.00 USD



Everyday I'm Hustlin' Cross Stitch Pa...
ChaoticStitches          $3.00 USD



Coffee Cup Cozy, Everyday I'm Hustl...
ChucksForChanch...          $8.00 USD



Everyday I'm Hustlin' Notepad...
hardinkcalligra...          $6.50 USD



Everyday I'm HUSTLIN (TM) -Hand ...
jessicaNdesigns          $17.00 USD



Everyday I'm Hustlin' Mug
xxMagnoliaLanex...          $12.00 USD



Everyday I'm Hustlin' -- Coffee Mug, ...
FoolishHumanSoc...          $10.00 USD



Everyday I'm Hustlin' Quote
Taylorstevensar...          $70.00 USD



Everyday I'm Hustlin' Adjustable Ster...
TheLittleHomebi...          $30.19 USD



Everyday I'm Hustlin Mason Jar tum...
thelittlevinyls...          $18.50 USD



Quote Paper Wall Art - "Everyday I'm...
HandmadeHQ          $18.00 USD

Exhibit 10






| | | | |
|---|---|---|---|
| Everyday I'm Hustlin', Inspirational T… | Everyday I'm Hustlin' - 6-Pack Gocco… | Luxe Art Print - Everyday I'm Hustlin' … | Coffee Mug - Everyday I'm Hustlin - … |
| TheWatermelonFa… $11.74 USD | twoguitars $15.00 USD | BetweentheLines… $18.00 USD | BetweentheLines… $15.00 USD |

1   2


**Want to see more?** Browse Etsy for awesome items.







Art            Jewelry            Men            Home & Living            Kids

---

**Sell on Etsy**

Open a Shop

Seller Handbook

**Join the Community**

Teams

Forums

Upcoming Events

**Discover and Shop**

Gift Cards

Blog

Tastemakers

Wholesale

Mobile Apps

Gift Registries

**Get to Know Us**

About

Careers

Press

Developers

**Follow Etsy**

Facebook

Twitter

Pinterest

---

🌐 United States    | English (US)    | $ USD

© 2014 Etsy, Inc.    Terms    Privacy    Copyright    Help

Exhibit 10

9/22/20... Bomb Product of the Day: StyleStalker's Everyday I'm Hustlin' Sweatshirt | The Fashion Bomb Blog : Celebrity Style, Fashion News, What T...

Case 1:13-cv-24700-RMW Document 57-1 Entered on FLSD Docket 10/03/2014 Page 49 of 106

NEXT STORY





HOME    BLOG    ABOUT    SHOP    DESIGNERS    CELEBRITY STYLE    SHOPPING    CONTACT

**SPLURGE: JAMIE CHUNG'S BRANCOTT ESTATE FLIGHT SONG EVENT BCBG MAX AZRIA STUDDED FLORAL MANNIX RUNWAY JACKET**

Yesterday was a busy day for me, but it ended with a bang at a party for Brancott Estate wine, hosted by Jamie Chung! I chatted...

March 13, 2014

# Bomb Product of the Day: StyleStalker's Everyday I'm Hustlin' Sweatshirt

Bomb Product of the Day / Shopping / March 13, 2014

In the spirit of spirited sweatshirts for Spring, I bring you StyleStalker's Everyday I'm Hustlin Sweatshirt:

Exhibit 10

9/22/2014    Bomb Product of the Day: StyleStalker's Everyday I'm Hustlin' Sweatshirt | The Fashion Bomb Blog: Celebrity Fashion, Fashion News, What T...

Case 1:13-cv-24700-RMW   Document 57-1   Entered on FLSD Docket 10/03/2014   Page 50 of 106



FOLLOW US @FASHIONBOMBDAILY





The snug fit French Terry topper comes in black and gray, and pays homage to Rick Ross's 2009 hit:



Not sure if Ross would've ever imagined his famous words on a similar shirt, but hey…rock it!

Exhibit 10







Get yours for $110 from Shopbop.com, or from any of the retailers below.

    

| DailyLook | Style Stalk... | Style Stalk... | StyleStalke... | Shopbop / E... |
|---|---|---|---|---|
| $109.99 | $69.00 | $69.00 | $73.99 | $110.00 |

A bit pricey, but fun, no?

## POPULAR POSTS



### FASHION BOMBSHELL OF THE DAY: DIAMOND FROM THE UK

September 19, 2014

 Fashion Bombshell of the Day: Twinetta from Alabama
September 18, 2014

 Style Diary: A Topshop Sequin Split Back Tee, White Tailored Cuff Joggers, and a Helmer Funky Blue Python Pouch Bag + Win a $100 Gift Card to TJ Maxx

Exhibit 10

9/22/2014    Bomb Product of the Day: StyleStalker's Everyday I'm Hustlin' Sweatshirt | The Fashion Bomb Blog : Celebrity Fashion, Fashion News, What T…

Case 1:13-cv-24700-RNW   Document 5-1   Entered on FLSD Docket 16/03/2014   Page 52 of 106




Fashion Bombshell of the Day: Banke from LA
September 17, 2014


Bomb Blogger: Micah Gianneli of The Micah Gianneli Blog
September 17, 2014


Fashion Bombshell of the Day: Maureen from Kenya
September 16, 2014


Fashion Bombshell of the Day: Tia from Jamaica
September 15, 2014


Fashion Bomber of the Day: Xav from Montréal
September 19, 2014

Would you wear it?

55 total views, 2 views today

Tags: Bomb Product of The Day, Shopping, Stylestalker

Share On Facebook            Tweet It



**CLAIRE'S LIFE**



CATEGORIES

ARCHIVES

TAGS

---

**PREVIOUS POST**

SPLURGE: JAMIE CHUNG'S BRANCOTT ESTATE FLIGHT SONG EVENT BCBG MAX AZRIA STUDDED FLORAL MANNIX RUNWAY JACKET

**NEXT POST**

FABULOUS LOOKS OF THE DAY: MARCH 13TH, 2013

---

## 8 COMMENTS



K   on March 13, 2014

Hey Claire, I saw you looking cute on Fabulous Life of Nicki Minaj last nite. I was so excited my boyfriend was like, dang girl you act like you know her

9/22/2017    Bomb Product of the Day: StyleStalkers Everyday I'm Hustlin' Sweatshirt : The Fashion Bomb Daily : Celebrity Fashion, Fashion News, What T...

Case 1:13-cv-24700-RNW    Document 57-11    Entered on FLSD Docket 10/03/2014    Page 53 of 106

personally. I told him "I do". Keep it pushing mama you're making us proud.

---


on March 13, 2014

Nothing worth 110 dollars here.

---


CHRISTIN   on March 13, 2014

Why would one pay $110, when they can make this for little or nothing?!?!?
Super cute tho.

---


EJ   on March 13, 2014

I'm sorry but $110 is crazy. You can get a regular $20 sweatshirt and add those
letters for another $15. Definitely not worth the money and this is actually my
favorite slogan as I have it as my screensaver on my phone as a reminder.

---


A   on March 14, 2014

$110 ? Absolutely not. Cute sweatshirt though.

---


I THINK $110 IS VERY CHEAP BT ON THE'Y OTHER ITS AFFORDABLE TO EVERY
on March 15, 2014

Facebook,eskimi,waplog,twitter & yahoo

---


I THINK $110 IS VERY CHEAP BT ON THE'Y OTHER ITS AFFORDABLE TO EVERY
on March 15, 2014

Facebook

---


MADPET   on March 17, 2014

I dig the shirt…but not for $110. I can make the shirt myself.

---

## LEAVE A REPLY

Name

Email


SHOP
the closet of
your favorite celebs at the
FASHION
BOMB
BOUTIQUE

---

**SPONSORS**



---

**PARTNERS**

The Derm Review



Exhibit 10

9/22/2014 Bomb Product of the Day: StyleStalker's Everyday I'm Hustlin' Sweatshirt : The Fashion Bomb Blog : Celebrity Fashion, Fashion News, What T…

Case 1:13-cv-24700-RNW Document 57-1 Entered on FLSD Docket 10/03/2014 Page 54 of 106

Website

Comment

POST COMMENT

## YOU MIGHT ALSO LIKE



Bomb Product of the Day: ASOS Peplum Hem Pencil Skirt in Leather Look
September 22, 2014



Splurge: Alicia Keys's 2014 Social Good Summit Maison Michel Gray Grey and Navy Blue Andre Felt Hat
September 22, 2014



Splurge: Heidi Klum's Roberto Cavalli Spring 2015 Show Roberto Cavalli Silk Satin Shirt And Trousers
September 22, 2014



ADVERTISE



Advertise on The Fashion Bomb
Thousands of Readers live the Bomb Life
Advertise on the Fashion Bomb

blog advertising is good for you

Exhibit 10

9/22/2014    ...omb Product of the Day: StyleStalker's Everyday I'm Hustlin' Sweatshirt | The Fashion Bomb Blog : Celebrity Fashion, Fashion News, What T...

Case 1:13-cv-24700-RMW    Document 57-1    Entered on FLSD Docket 10/03/2014    Page 55 of 106

About

Advertising

Contact

Disclaimer

Privacy Policy

Press

All images on www.the-fashion-bomb.com and www.fashionbombdaily.com are readily available on the internet and believe to be in public domain. Images posted are believed to be published according to the U.S Copyright Fair Use Act(title 17, U.S. Code.). Copyright ® 2006-2013 The Fashion Bomb LLC. ® 2006-2013 All text herein is property of the author and may not be copied or reproduced without explicit permission.



COPYRIGHT 2014 FASHION BOMB DAILY ALL RIGHT RESERVED.

BACK TO TOP

Exhibit 10



**20% OFF*** your order - Use code: **DEAL20**

cafe press

# Everyday Im Hustlin Gifts

FILTER RESULTS

Sort Relevance

Everyday Im Hustlin - Sexy Black Silho...

QUICK VIEW

~~$24~~ $15.99

Everyday Im Hustlin - Sexy Blue / Purpl...

QUICK VIEW

$49.50

Everyday Im Hustlin - Sexy Gold Pajam...

QUICK VIEW

~~$48~~ $44.99

Hustlin' Women's Tank Top

QUICK VIEW

~~$24~~ $15.99

Everyday I'm Hustlin iPad Case

Temporarily Out of Stock

~~$39.50~~ $16.97

shuffHustlin1C Cork Coaster

QUICK VIEW

$19.50

Everyday I'm Hustlin T-Shirt

QUICK VIEW

~~$34.50~~ $29.99

Hustla No Days Off Decal

QUICK VIEW

~~$5~~ $3.99

Every day Im Hustlin Earring

QUICK VIEW

$22.50

shuffHustlin1B Large Square Pet Tag

QUICK VIEW

$19.50

Everyday I'm Hustlin Infant T-Shirt

QUICK VIEW

~~$19.50~~ $16.99

Everyday I'm Hustlin baby hat

QUICK VIEW

~~$12.50~~ $9.99

Exhibit 10

9/22/2014
Everyday I'm Hustlin Gifts & Merchandise | Everyday I'm Hustlin Gift Ideas & Apparel - CafePress
Case 1:13-cv-24700-KMW Document 57-1 Entered on FLSD Docket 10/03/2014 Page 57 of 106



Everyday I'm Hustlin Pajamas

QUICK VIEW

$48    $44.99

Page 1 ▼

Become a CafePress Affiliate
Share on Your Favorite Sites!
Earn Generous Commisions »

Get Exclusive Offers:

Email Address

SUBSCRIBE

☐ By checking this box I certify that as of today I am at least 13 years of age

Follow CafePress:

  

Refer a friend, earn $10!

⊘ HELP                                                                    +

👥 ABOUT                                                                   +

🏷 OUR BRANDS                                                             +

🌐 INTERNATIONAL                                                          +

All Content Copyright © 1999-2014 CafePress Inc. Use of this web site constitutes acceptance of the Terms of Service.



Exhibit 10

Everyday I'm Hustlin Temporary Tattoo



Exhibit 10

1/2

Exhibit 10

HOME / EVERYDAY I'M HUSTLIN' MUG



Click on image to zoom

  

## Everyday I'm Hustlin' Mug

Availability: Out of stock

$23.00

Because coffee tastes better in a sassy mug. 11oz mug is microwave and dishwasher safe (with mild detergent).

**Everybody wants a Hustlin' mug! These mugs are currently backordered. To be notified upon their return, add yourself to the Waitlist here.**

Exhibit 10

*Handprinted. Extremely Soft. Vintage Funny T-Shirts.*



 ▶ Watch Company Video

About Us   Contact Us   Blog   Gift Cards   Sign in or Create an account

**i Am** NOT YOUR AVERAGE SHIRT

Call or Text: 504-358-8904

[Search Shirts]

🛒 **0** items
view cart | checkout

Like   Follow

SPORTS    COOL    GEEK    QUOTES    MUSIC    NEW ORLEANS    AVIATION

---

**Funny T-Shirts**

All Funny T-Shirts

Cool T-Shirts

Sports T-Shirts

  Running Shirts

  Fishing Shirts

  Golf T-Shirts

  Hockey Shirts

  Hunting Shirts

  Ski Shirts

  Surf Shirts

  Tennis Shirts

  Yoga Shirts

Geek Shirts

  Game Shirts

  Math Shirts

  Science T-Shirts

  Star Wars Shirts

Music T-Shirts

Funny Quotes

New Orleans T-Shirts

Aviation T-Shirts

New Products

Best Sellers

Sale

 f  t

**Best Sellers**



Jedi In The Streets...Rebel In The Sheets – Star Wars Shirts
$25.00 $22.95
Not Rated



You Can Count On Me – Math Shirts
$25.00 $22.95
Not Rated

---

Home ▶ Sports T-Shirts ▶ Everyday I'm Hustlin' – Running Shirts
Home ▶ Best Sellers ▶ Everyday I'm Hustlin' – Running Shirts
Home ▶ Sports T-Shirts ▶ Running Shirts ▶ Everyday I'm Hustlin' – Running Shirts

## Everyday I'm Hustlin' – Running Shirts



◀     ▶

Rating: ⭐⭐⭐⭐⭐ ( 1 product review )

**\* Select Type:**
- ● Men's Standard Tri-Blend
- ○ Women's V-Neck Tri-Blend
- ○ Women's Dolman Tri-Blend (Loose fit)
- ○ Women's Racerback Tri-Blend
- ○ Women's Long Sleeve Tri-Blend
- ○ Men's V-Neck Tri-Blend
- ○ Men's Jersey Tank

**\* Select Size:**
- ○ S
- ○ M
- ○ L
- ○ XL
- ○ 2XL

Retail Price : ~~$25.00~~

# $22.95

(You save $2.05)

🛒 **Add to Cart**

**Sizing And Fit FAQ**
View our size chart to make sure your shirt fits.

**Add to Wishlist**
Keep track of your favorite products in one place.

**Get A Gift Card**
Not Sure what size to get? Get a gift card for yourself or friend.

---

### Customers Who Viewed This Product Also Viewed



Got The Runs – Running Shirts
$25.00 $22.95
⭐⭐⭐⭐⭐

I'd Rather be Running – Running Shirts
$25.00 $22.95
⭐⭐⭐⭐☆

Half Cray 13.1 – Running Shirts
$25.00 $22.95
Not Rated

I Thought They Said Rum – Running Shirts
$25.00 $23.95
Not Rated

---

### Product Reviews

1. **Favorite Tee** ⭐⭐⭐⭐⭐
   Posted by Unknown on 8th Oct 2012

   High quality, super soft. My new favorite tee! Great product, will most definitely return =)

Write a Review

### Product Description

Everyday I'm Hustlin'- Running T-Shirts - Sports T-Shirts - Funny T-Shirts

Exhibit 10



**Part Jedi – Star Wars Shirts**

~~$25.00~~ $22.95

Not Rated



**Things Just Got Real – Math Shirts**

~~$25.00~~ $22.95

Not Rated



**I Get Off On Tangents – Math Shirts**

~~$25.00~~ $22.95

Not Rated

The Everyday I'm Hustlin' T-Shirt from I Am Funny Shirts is exactly what you need to show off that you are a die-hard running nut. Of course, if there's another running fool that shares the same passion as you do, you may just want to surprise them with one of these extremely soft tri-blend fabric sports t-shirts as a gift. Every funny sports shirt is hand screen printed right here in the good ole' USA. In addition to using eco-friendly inks to keep Mother Nature clean, these vintage t-shirts are also sure-fire conversation starters. Whether you're hustlin' to the store, park, or even your kid's ballet class, this shirt will keep you comfortable no matter where you run off to. This funny t-shirt is eye-catching and surely one of a kind that'll make your friends want to go out and buy one.

Each Everyday I'm Hustlin' Running T-Shirt has the words "Everyday I'm Hustlin'" to the right of a fit and trim runner. We provide a 100% guarantee that you'll be satisfied with our sports shirts. Plus, you don't have to sweat over the fact that you ordered the wrong size because we offer free, easy returns! You can count on these vintage t-shirts to last you for years to come because all of the materials are made in America. So if you have been looking to buy a comfortable, witty t-shirt that matches your personality and style, then you need to buy this funny t-shirt today.

---



[**The i Am Brand**](#)

Like   2,409



100% Satisfaction Guarenteed

Free Easy Returns



#### Our company

About Us
Blog
Contact Us
Privacy & Terms
Sizing
Submit Your Design
T-Shirt Articles

#### Account & Help

Your orders
Your account info
Returns & exchanges
FAQ

#### Customer Service

1.504.358.8904
info@theiambrand.com
@theiambrand
New Orleans,LA

#### Free Shirt Sign Up!

(Giveaway 1 shirt per week!)

Enter Name

Enter Email

**LEARN MORE**

---

Funny Shirts – Funny T-Shirts – Vintage T-Shirts

---

Exhibit 10

HOME / SHINY + NEW / EVERYDAY I'M HUSTLIN' T-SHIRTS



Click on image to zoom



## Everyday I'm Hustlin' T-shirts

Availability: In stock

## $25.00

* Size
-- Please Select --

QTY: 0                                    Add to Cart

* Required Fields

Because life is better in a Hustlin' T-Shirt.

Shirt is charcoal grey with GLITTER gold lettering.
See thumbnail image for sizing and care.

Be sure you order the correct size and love, love, love
this shirt! All sales final. Shirts may experience
minimal shrinking upon washing. Hang to dry.

P.S. For inquiring minds.... Ashley wears a size Small.

**Everybody wants a Hustlin' shirt! Size XX-Large are
currently backordered. To be notified upon their
return, add yourself to the Waitlist here.**

Exhibit 10

SHOP WOMEN'S     SHOP MEN'S

SIGN IN / REGISTER    CART (0)

Email Alerts & Updates 
FREE 3-DAY SHIPPING
FREE RETURNS
AMAZON PRIME ELIGIBLE

# SHOPBOP

Search

WHAT'S NEW    DESIGNERS    BOUTIQUES    CLOTHING    SHOES    BAGS    ACCESSORIES    SALE    LOOKBOOKS

MY SHOPBOP

## STYLESTALKER

Hustlin Sweatshirt

$110.00

Size:

**SOLD OUT**

 

+ Add to Wish List
+ Add to My Designers
+ Review This Item
Style # STSTL30087

Need Assistance? Contact Us Now

    



Clothing > Tops > Night Out >
STYLESTALKER Clothing > STYLESTALKER Tops >

### DESCRIPTION

This oversized STYLESTALKER sweatshirt makes a bold statement with 'Everyday I'm Hustlin' lettering. Snug edges. Long sleeves.

Fabric: French terry.
100% cotton.
Hand wash.
Imported, Indonesia.

### MEASUREMENTS
Length: 24in / 61cm, from shoulder

### SIZE & FIT

### DESIGNER

### SHIPPING & RETURNS

SERVICES
Customer Service
Gift Certificates
Refer a Friend
Wish List Search

INFORMATION
About Us
Careers
Affiliate Program

PERSONALIZE
Account
My ♥'s
My Wish List
My Designers
My Reviews

CONNECT
Mobile
Facebook
Twitter
Pinterest
Weibo
SHOP talk

LOCATION
United States (change)
FREE 3-DAY SHIPPING
FREE RETURNS
AMAZON PRIME ELIGIBLE

© 1999-2014 BOP LLC. All Rights Reserved. Privacy Notice   Conditions of Use

中文版 Shopbop! 使用您最熟悉的语言尽享精彩购物体验。  Shopbop на русском! Шопинг на Вашем языке

Exhibit 10



Login / Register    Checkout

search for products

Home    Men    Ladies    Lil'Ags    Aggie Living    On Sale    Wishlist

🛒 0 items – $0.00





$5 Flat Rate Shipping Orders Under $50

Free Shipping On All Orders Above $50

## EVERY DAY I'M HUSTLIN'

Purchase this product now and earn **10** Points!

Earn up to **10** points.

### Whoop! U Exclusive

~~$20.95~~ $10.48

Size    [ M ]  [ L ]  [ XL ]  [ XXL ]

Reset selection

**In stock**

[ - ] [ 1 ] [ + ]   🛒 ADD TO CART

Product Categories

AGGIE ADIDAS GEAR

AGGIE COLUMBIA GEAR

AGGIE DRINKWARE

AGGIE JEWELRY

AGGIE LIVING

AGGIE MEMORABILIA

AGGIE T-SHIRTS

AGGIE UNDER ARMOUR GEAR

LADIES AGGIE GEAR

LIL'AGS AGGIE GEAR

MEN'S AGGIE GEAR

 MEN'S COLLARED SHIRTS

 MEN'S HATS

 MEN'S JERSEYS

 MEN'S OTHER GEAR

 MEN'S OUTERWEAR

 MEN'S PANTS AND SHORTS

 MEN'S PERFORMANCE T-SHIRTS

 MEN'S T-SHIRTS

Exhibit 10

/ Wishlist

SKU: 344. Categories: **Men's Aggie Gear**, **Men's T-Shirts**, **On Sale**.

**DESCRIPTION**   /   REVIEWS (0)   /

## Product Description

Stay right on trend with this maroon t-shirt with a cutting edge tagline exclusive to Whoop! U.

MISCELLANEOUS AGGIE GEAR

NEWLY ADDED AGGIE GEAR

ON SALE

### On Sale

S Carolina Game T-Shirt
~~$18.95~~ $9.48


Asymetrical Top
~~$46.95~~ $23.48


Safety SS T-Shirt
~~$19.95~~ $14.97


Dream Tee
~~$21.95~~ $10.98


Dream Tank
~~$19.95~~ $9.98


### Testimonials

I was SO impressed with variety,
quality and prices of merchandise as
well as the décor and the comfortable
feel of the store.

Gina W.

### Aggie Gear

Aggie Men
Aggie Ladies
Lil' Ags
Aggie Living
On Sale

### Customer Service

Shipping
Returns
E-Mail Club Sign Up
Privacy Policy
Sitemap
Contact Us

### My Account

My Account
My Wishlist
View Cart or Checkout
Terms & Conditions
Loyalty Points Program

### Our Location

24120 Northwest Freeway Ste 200
Cypress, TX 77429
281-256-8516
Store Hours
Mon–Sat: 10am–8pm
Sunday: 12pm–6pm
Home Game Saturdays: 8am–8pm
View Map

Copyright © 2013 Whoop U, LLC
Website Design by: N-Touch Marketing™

Shop With Confidence
   

Exhibit 10

Sort:

Select a value

119 results
Related Searches: hustle



Everyday I'm Hustlin T-shirts
Designed by someofthedharma

4.7

Color: 17 more options



Style: 125 more options



$22.95 per shirt
**View details**
**Add to wishlist**
 **Also add to:**

 Create a new list...

Got it! We won't show you this product again!

Undo

Exhibit 10



[Everyday I'm hustlin' T-shirts](#)
Designed by [MeliaFox](#)

4.7

Color: [17 more options](#)



Style: [125 more options](#)



$20.95 per shirt

**[View details](#)**
**[Add to wishlist](#)**

**Also add to:**

[Create a new list...](#)

Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Everyday I'm Hustlin' Tshirt (black)](#)
Designed by [AV_Designs](#)

4.7

Color: [17 more options](#)



Style: [125 more options](#)



$20.95 per shirt
**View details**
**Add to wishlist**
**Also add to:**

[Create a new list...](#)

Got it! We won't show you this product again!

[Undo](#)

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



[Everyday I'm Hustlin - T Shirt](#)
Designed by [ImGEEE](#)

4.7

Color: [17 more options](#)



Style: [125 more options](#)



$24.20 per shirt

**[View details](#)**
**[Add to wishlist](#)**

**Also add to:**

[Create a new list...](#)

Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Everyday I'm Hustlin', Hustlin'. Shirt](#)
Designed by [janemz](#)

4.3

Color: [39 more options](#)



Style: [125 more options](#)



$28.10 per shirt
**[View details](#)**
**[Add to wishlist](#)**
**Also add to:**

[Create a new list...](#)

Got it! We won't show you this product again!

[Undo](#)

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



[Everyday I m Rustlin T Shirts](#)
Designed by [GrilledCheesus](#)

4.6

Color: [23 more options](#)

   

Style: [83 more options](#)



$27.95 per shirt

**[View details](#)**
**[Add to wishlist](#)**

**Also add to:**

[Create a new list...](#)

Got it! We won't show you this product again!

[Undo](#)

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



Everyday I m Hustlin Tee Shirts
Designed by AV_Designs
$32.45 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo



Everyday I m Hustlin - White Black T Shirt
Designed by AV_Designs
$32.45 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



Everyday I m Hustlin Gold Tshirts
Designed by AV_Designs
$32.45 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo



Everyday I'm Hustlin' - Gold Mouse Pad
Designed by AV_Designs
$11.95 per mousepad
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo

Exhibit 10



[Everyday I'm Hustlin' - Silver Mouse Pads](#)
Designed by [AV_Designs](#)
$11.95 per mousepad
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I'm Hustlin' - Blue / Purple Mouse Pads](#)
Designed by [AV_Designs](#)
$11.95 per mousepad
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



Everyday I m Hustlin - iPhone 5 Case Mate
Designed by ImGEEE
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo



Everyday I m Hustlin - Samsung Galaxy S4 Case
Designed by ImGEEE
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



Everyday I m Hustlin - iPhone 5 Case Mate
Designed by ImGEEE
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo



Everyday I m Hustlin T-shirt
Designed by HollyHood_inc
$27.95 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



[Everyday I m Hustlin - T Shirt](#)
Designed by [ImGEEE](#)
$29.95 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin Tshirt gold](#)
Designed by [AV_Designs](#)
$27.95 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



Everyday I'm Hustlin - Droid RAZR Case
Designed by ImGEEE
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo



Everyday I'm Hustlin - iPod Touch Case Mate
Designed by ImGEEE
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo

Exhibit 10



[Hustle Mode On Motorola Droid RAZR Cases](#)
Designed by [UberTee](#)
$44.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin - Poster](#)
Designed by [ImGEEE](#)
$25.05 per poster
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Everyday I m Hustlin Chalkboard Poster](#)
Designed by [TealAndTushDesigns](#)
$9.65 per poster
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin - Poster](#)
Designed by [ImGEEE](#)
$25.05 per poster
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



Everyday I m Hustlin - iPhone 4 Case Mate
Designed by ImGEEE
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo



Everyday I m Hustlin - iPhone 4 Case Mate
Designed by ImGEEE
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



[Hustlin iPhone Case iPhone 4 Covers](#)
Designed by [uSchmooze](#)
$47.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin - iPhone 3 Case Mate](#)
Designed by [ImGEEE](#)
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



[Hustle Mode On iPhone 4 Covers](#)
Designed by [UberTee](#)
$44.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin - iPhone 3 Case Mate](#)
Designed by [ImGEEE](#)
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10

http://www.zazzle.com/everyday+i%27m+hustlin+gifts?ps=120&vm=list[9/23/2014 2:29:31 PM]



Everyday I m Hustlin - iPhone 4 Case
Designed by ImGEEE
$37.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo



Every Day I m Hustlin - iPhone 4 Case
Designed by ImGEEE
$37.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



[Every Day I m Hustlin - iPhone 4 Case](#)
Designed by [ImGEEE](#)
$37.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin Tshirt silver](#)
Designed by [AV_Designs](#)
$32.45 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Every Day I m Hustlin - iPhone 5 Case](#)
Designed by [ImGEEE](#)
$37.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[IMF hustlin T-Shirt](#)
Designed by [TheIntangibles](#)
$43.95 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Everyday I m Hustlin Chalkboard Keychain](#)
Designed by [TealAndTushDesigns](#)
$11.95 per keychain
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin Chalkboard Luggage Tag](#)
Designed by [TealAndTushDesigns](#)
$10.95 per tag
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Hustle Mode On Acrylic Keychain](#)
Designed by [UberTee](#)
$12.95 per keychain
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin Chalkboard Coffee Mug](#)
Designed by [TealAndTushDesigns](#)
$15.95 per mug
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Every Day I m Hustlin - iPhone 4 Case](#)
Designed by [ImGEEE](#)
$37.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Hustle Mode On Coffee Mugs](#)
Designed by [UberTee](#)
$16.95 per mug
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Everyday I m Hustlin Shirts](#)
Designed by [ruffbmw](#)
$24.95 per shirt
**[View details](#)**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I'm Hustlin' Tees](#)
Designed by [BLOC_LIFE_ENT](#)
$21.95 per shirt
**[View details](#)**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Hustle Mode On Shirts](#)
Designed by [UberTee](#)
$21.95 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin - Samsung Galaxy S4 Case](#)
Designed by [ImGEEE](#)
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Everyday I'm Hustlin - iPod Touch Case Mate](#)
Designed by [ImGEEE](#)
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Hustle Mode On iPhone 5 Cases](#)
Designed by [UberTee](#)
$44.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Hustle Mode On Belt Buckle](#)
Designed by [UberTee](#)
$34.95 per belt buckle
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Every Day I m Hustlin - iPad Mini Case](#)
Designed by [ImGEEE](#)
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Hustle Mode On Cover For The iPad Mini](#)
Designed by [UberTee](#)
$44.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Every Day I m Hustlin - iPad Mini Case](#)
Designed by [ImGEEE](#)
$42.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10

Everyday I'm Hustlin Gifts - T-Shirts, Art, Posters & Other Gift Ideas | Zazzle



Everyday I m Hustlin Chalkboard Mousepad
Designed by TealAndTushDesigns
$11.95 per mousepad
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo



Hustle Mode On Wristwatches
Designed by UberTee
$50.95 per watch
**View details**
Add to wishlist
Got it! We won't show you this product again!

Undo

Exhibit 10



[Hustle Mode On Galaxy S4 Covers](#)
Designed by [UberTee](#)
$44.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Everyday I m Hustlin Chalkboard iphone case Case For iPhone 5/5S](#)
Designed by [TealAndTushDesigns](#)
$39.95 per case
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Chalkboard Business Card](#)
Designed by [TealAndTushDesigns](#)
$21.95 per pack of 1
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)



[Hustle Mode On Tshirts](#)
Designed by [UberTee](#)
$36.95 per shirt
**View details**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)

Exhibit 10



[Hustlin Skateboard](#)
Designed by [ImGEEE](#)
$63.95 per skateboard
**[View details](#)**
Add to wishlist
Got it! We won't show you this product again!

[Undo](#)
119 results

## Related Products

- [Art & Posters](#)
- [Aprons](#)
- [Bags](#)
- [Bumper Stickers](#)
- [Business Cards](#)
- [Buttons](#)

- [Calendars](#)
- [Hats](#)
- [Invitations](#)
- [iPhone Cases](#)
- [Keychains](#)
- [Magnets](#)

- [Mousepads](#)
- [Mugs](#)
- [Ornaments](#)
- [Postage](#)
- [Photo Prints](#)
- [Postcards](#)

- [Posters](#)
- [Stickers](#)
- [T-shirts & Shirts](#)
- [Ties](#)

Exhibit 10

E
x
h
i
b
i
t

11

Exhibit 11



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 2 03:21:44 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ] OR Jump to record: [        ]    **Record 18 out of 36**

TSDR  ASSIGN STATUS  TTAB STATUS  *( Use the "Back" button of the Internet Browser to return to TESS)*

# PARTY ROCK

| | |
|---|---|
| **Word Mark** | PARTY ROCK |
| **Goods and Services** | IC 025. US 022 039. G & S: Apparel, namely, t-shirts, sweat shirts, tanks tops, jackets, vests, pants, shorts, leggings, skirts, dresses, bathing suits, bandanas, bras, underwear, socks, wristbands, belts for clothing, footwear, headwear, hats, headbands, caps, visors, board shorts. FIRST USE: 20090701. FIRST USE IN COMMERCE: 20090701 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77982221 |
| **Filing Date** | May 7, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 11, 2010 |
| **Registration Number** | 4013318 |
| **Registration Date** | August 16, 2011 |
| **Owner** | (REGISTRANT) LMFAO, LLC LIMITED LIABILITY COMPANY CALIFORNIA 9100 Wilshire Blvd. Suite 400W Beverly Hills CALIFORNIA 90212 |
| **Attorney of Record** | Elise Tenen-Aoki |
| **Type of Mark** | TRADEMARK |

Exhibit 11

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 11



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 2 03:21:44 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: _____ OR Jump | to record: _____ **Record 19 out of 36**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

*Party Rock*

| | |
|---|---|
| **Word Mark** | PARTY ROCK |
| **Goods and Services** | IC 025. US 022 039. G & S: Apparel, namely, t-shirts, sweat shirts, tanks tops, jackets, vests, pants, shorts, leggings, skirts, dresses, bathing suits, bandanas, bras, underwear, socks, wristbands, belts for clothing, footwear, headwear, hats, headbands, caps, visors, board shorts. FIRST USE: 20090701. FIRST USE IN COMMERCE: 20090701 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77982217 |
| **Filing Date** | June 25, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 4, 2010 |
| **Registration Number** | 4010158 |
| **Registration Date** | August 9, 2011 |
| **Owner** | (REGISTRANT) LMFAO, LLC LIMITED LIABILITY COMPANY CALIFORNIA 9100 Wilshire Blvd. Suite 400 W. Beverly Hills CALIFORNIA 90212 |
| **Attorney of Record** | Elise Tenen-Aoki |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROCK" AS TO CLASS 9 & 41 ONLY |

Exhibit 11

|                              |                                                                                                   |
|------------------------------|---------------------------------------------------------------------------------------------------|
|                              | APART FROM THE MARK AS SHOWN                                                                       |
| **Description of Mark**      | Color is not claimed as a feature of the mark. The mark consists of "PARTY ROCK" in stylized font. |
| **Type of Mark**             | TRADEMARK                                                                                          |
| **Register**                 | PRINCIPAL                                                                                          |
| **Live/Dead Indicator**      | LIVE                                                                                               |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 11



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 2 03:21:44 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: _____   **Record 24 out of 36**

---

| TSDR | ASSIGN Status | TTAB Status |   ( *Use the "Back" button of the Internet Browser to return to TESS)*

# PARTY ROCK

| | |
|---|---|
| **Word Mark** | PARTY ROCK |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital materials, namely, CDs, DVDs and MP3s, featuring music; downloadable music and music videos provided via television, cable, satellite, Internet, cell phones, video gaming systems and portable electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, audio, image, and video files; sunglasses and eyeglass frames. FIRST USE: 20090707. FIRST USE IN COMMERCE: 20090707 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77732105 |
| **Filing Date** | May 7, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 11, 2010 |
| **Registration Number** | 4376688 |
| **Registration Date** | July 30, 2013 |
| **Owner** | (REGISTRANT) LMFAO, LLC LIMITED LIABILITY COMPANY CALIFORNIA 9100 Wilshire Blvd. |

Exhibit 11

Trademark Electronic Search System (TESS)

Suite 400W Beverly Hills CALIFORNIA 90212

| | |
|---|---|
| **Attorney of Record** | Elise Tenen-Aoki |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROCK" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 11