UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-24700-CIV-WILLIAMS

WILLIAM L. ROBERTS, *et al.*,

    Plaintiffs,

vs.

STEFAN KENDAL GORDY, *et al.*,

    Defendants.

_____/

### ORDER DISMISSING DEFENDANT

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal (DE 35). Upon review of the Notice and the record, Defendant Bravado International Group Merchandising Services, Inc., is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in chambers in Miami, Florida, this 26 day of January, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE