UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-24700-KMW

WILLIAM L. ROBERTS, II p/k/a
RICK ROSS and ANDREW HARR and
JERMAINE JACKSON collectively p/k/a
THE RUNNERS,

    Plaintiffs,
v.

STEFAN KENDAL GORDY and
SKYLER AUSTEN GORDY collectively p/k/a
LMFAO, KOBALT MUSIC PUBLISHING
AMERICA, INC., a Delaware corporation,
KIA MOTORS AMERICA, INC.,
a California corporation, DAVID & GOLIATH,
LLC, a Delaware limited liability company, DAVID
JAMAHL LISTENBEE p/k/a GOON ROCK,
THE LISTENBEE LLC, a California limited liability
company, NU80s MUSIC, LLC, a California limited
liability company, LMFAO, LLC, a California limited
liability company, PARTY ROCK, LLC, a California
limited liability company, and FOO & BLU, LLC, a
California limited liability company,

    Defendants.
_____/

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO PERMIT CERTAIN PARTIES TO APPEAR TELEPHONICALLY AT FEBRUARY 26, 2015 MEDIATION, AND TO EXCUSE DAVID & GOLIATH, LLC FROM MEDIATION

Plaintiffs, WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS (collectively, "Plaintiffs"), by and through undersigned counsel, hereby file this Response to Defendants' Motion to Permit Certain Parties to Appear Telephonically at February 26, 2015 Mediation, and to Excuse David & Goliath, LLC from Mediation, and in support thereof, state as follows:

1. Neither Plaintiffs nor the mediator believe that telephonic attendance maximizes the mediation's chances for success (see attached).

2. With respect to Skyler Gordy's non-attendance, Plaintiffs are concerned about Stefan Gordy's acting entirely in his stead in light of Skyler Gordy's deposition testimony that he was never apprised of pre-suit settlement offers by Plaintiffs and that one of the main reasons for the break-up of the musical duo was the fact that Skyler Gordy had not been kept apprised of pertinent matters. Moreover, the representation that Stefan Gordy intends to single-handedly wrest control over the mediation process in advance of the mediation is disturbing.

3. With respect to Kia's non-attendance, certainly Kia's financial interests are at stake depending on the outcome of this case. Moreover, regardless of any indemnification agreements that may be in place (indeed almost all of the parties to this case have indemnification agreements running to one another, resulting in the inevitable finger pointing), liability is joint and several and Kia's presence could positively impact the dynamics for purposes of settlement.

4. With respect to David & Goliath's attendance, it is a responsible party, and has a financial interest in the outcome of the case regardless of the disposition of the pending motion to dismiss. David & Goliath previously objected to participating in discovery in this case based on the pending motion, which objection was overruled by Magistrate Judge Simonton. They are clearly parties to the case, have been for some time, and ought to participate.

5. As for the Listenbee Defendants, since they have not appeared of record, Plaintiffs do not insist on their attendance, but have invited them to attend. Plaintiffs never agreed to their telephonic participation as represented by Defendants (see attached).

WHEREFORE, Plaintiffs respectfully request this Court's denial of Defendants' Motion to Permit Certain Parties to Appear Telephonically at February 26, 2015 Mediation, and to Excuse David & Goliath, LLC from Mediation.

Respectfully submitted,

GRAY ROBINSON, P.A.,
Attorneys for Plaintiffs
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Karen.Stetson@gray-robinson.com
Phone: (305) 416-6880
Fax: (305) 416-6887

By: /s/ Karen Stetson
      Karen Stetson
      Florida Bar No: 742937
      Jonathan L. Gaines
      Florida Bar. No. 330361

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Email and U.S. Mail to the parties in the attached Service List on this 10th day of February, 2015.

By:    /s/Karen L. Stetson

### SERVICE LIST

Vincent Chieffo
GREENBERG TRAURIG, P.A.
1840 Century Park East, 19th floor
Los Angeles, CA 90067
**Via Email: chieffov@gtlaw.com**

Barry L. Rothberg
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, FL 33131
**Via Email: rothbergb@gtlaw.com**