**From:** Ira Abrams [mailto:iraabrams55@gmail.com]
**Sent:** Monday, February 09, 2015 01:28 PM
**To:** Karen L. Stetson; chieffov@gtlaw.com <chieffov@gtlaw.com>; rothbergb@gtlaw.com <rothbergb@gtlaw.com>
**Cc:** riveraal@gtlaw.com <riveraal@gtlaw.com>; BoyajianN@gtlaw.com <BoyajianN@gtlaw.com>
**Subject:** Roberts vs. Gordy Mediation

Dear Counsel,

To avoid any misunderstanding, I'd like you to know that
1. I disfavor telephonic appearance of any party who is under Court Order to physically appear for mediation. As I mentioned to Barry, the chances of a successful settlement outcome is significantly reduced when the parties in interest are not physically present.
2. On rare occasion (only one in recent memory) a party in one of my mediations, who was out of the country, was permitted by agreement of counsel and, I believe, permission of the Court to participate in mediation by telephone. In that instance, the party was on the line during counsels' initial presentation of the parties' respective positions, and was available for telephonic consultation during private caucus sessions and at the very end of the mediation when everyone convened together. That case resulted in a settlement. But this methodology is highly unusual and is not preferred.
3. Until I hear otherwise, I will assume that all parties will be physically present for mediation, as required by the Court. Needless to say, I will try to accommodate counsel if you can reach agreement on this matter. My only priority is to help maximize the chances of settlement.  Please contact me when this issue has been resolved.

Kind regards,

Ira Abrams, Mediator
1839 South Ocean Blvd., Suite 2-B
Delray Beach, Florida 33483
561-276-4900
561-212-5136 (Mobile)