FILING FEE
PAID $75.00
Pro hac Vice 96230
Steven M. Larimore, Clerk

FILED by PC D.C.
MAR 06 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24700-CIV-WILLIAMS-SIMONTON

WILLIAM L. ROBERTS, II p/k/a RICK ROSS )
and ANDREW HARR and JERMAINE )
JACKSON collectively p/k/a THE RUNNERS, )
)
        Plaintiffs, )
)
v. )
)
STEFAN KENDAL GORDY and SKYLER )
AUSTEN GORDY collectively p/k/a LMFAO, )
KOBALT MUSIC PUBLISHING AMERICA, )
INC., a Delaware corporation, KIA MOTORS )
AMERICA, INC., a California corporation, )
DAVID & GOLIATH, LLC, a Delaware )
limited liability company, DAVID JAMAHL )
LISTENBEE p/k/a GOON ROCK, THE )
LISTENBEE, LLC, a California limited )
liability company, NU80s MUSIC, LLC, a )
California limited liability company, LMFAO, )
LLC, a California limited liability company, )
PARTY ROCK, LLC, a California limited )
liability company, FOO & BLU, LLC, a )
California limited liability company and )
BRAVADO INTERNATIONAL GROUP )
MERCHANDISING SERVICES, INC., a )
California corporation, )
)
        Defendants. )
_____ )

**MOTION FOR LIMITED APPEARANCE OF NINA D. BOYAJIAN,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *Pro Hac Vice* of Nina D. Boyajian, of the law

LA132001971

firm of Greenberg Traurig, LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA 90067-2121, Tel: 310-586-6587, for purposes of limited appearance as co-counsel on behalf of Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., Nu80s Music, LLC, LMFAO, LLC, Party Rock, LLC, Foo & Blu, LLC, David & Goliath, LLC, David Jamahl Listenbee p/k/a Goonrock, and The Listenbee, LLC in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Nina D. Boyajian to receive electronic filings in this case, and in support thereof states as follows:

1. Nina D. Boyajian is not admitted to practice in the Southern District of Florida and is a member in good standing of the U.S. District Court for the Central and Southern Districts of California and the Supreme Court of California.

2. Movant, Barry L. Rothberg, of the law firm of Greenberg Traurig, P.A., 333 Avenue of the Americas, Suite 4400, Miami, FL 33131, Tel: 305-579-0500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Nina D. Boyajian, has made payment of this Court's $75.00 admission fee. Certification in accordance with Rule 4B is attached hereto.

4. Nina D. Boyajian by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Nina D. Boyajian at email address BoyajianN@gtlaw.com.

WHEREFORE, Movant respectfully moves this Court to enter an Order permitting Nina D. Boyajian to appear before this Court on behalf of Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., Nu80s Music,

LLC, LMFAO, LLC, Party Rock, LLC, Foo & Blu, LLC, David & Goliath, LLC, David Jamahl Listenbee p/k/a Goonrock, and The Listenbee, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Nina D. Boyajian.

Dated: March 6, 2105

GREENBERG TRAURIG, P.A.
*Attorneys for Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., Nu80s Music, LLC, LMFAO, LLC, Party Rock, LLC, Foo & Blu, LLC, David & Goliath, LLC, David Jamahl Listenbee p/k/a Goonrock, and The Listenbee, LLC*

333 Avenue of the Americas
Miami, FL 33131
Tel: 305-579-0500, Fax: 305-579-0717

By: _____
BARRY L. ROTHBERG
Florida Bar No. 0160873
rothbergb@gtlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2015, I hand delivered the foregoing document to the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below via E-Mail.

Jonathan L. Gaines, Esq.
Karen Linda Stetson, Esq.
GrayRobinson
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Tel: 305-416-6880; Fax: 305-461-6887
Email: jgaines@gray-robinson.com; karen.stetson@gray-robinson.com
Attorneys for Plaintiffs

By: _____
Barry L. Rothberg

# Exhibit "A"

CASE NO.: 1:13-CV-24700-KMW

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24700-CIV-WILLIAMS-SIMONTON

WILLIAM L. ROBERTS, II p/k/a RICK ROSS )
and ANDREW HARR and JERMAINE )
JACKSON collectively p/k/a THE RUNNERS, )
                              Plaintiffs, )

v. )

STEFAN KENDAL GORDY and SKYLER )
AUSTEN GORDY collectively p/k/a LMFAO, )
KOBALT MUSIC PUBLISHING AMERICA, )
INC., a Delaware corporation, KIA MOTORS )
AMERICA, INC., a California corporation, )
DAVID & GOLIATH, LLC, a Delaware )
limited liability company, DAVID JAMAHL )
LISTENBEE p/k/a GOON ROCK, THE )
LISTENBEE, LLC, a California limited )
liability company, NU80s MUSIC, LLC, a )
California limited liability company, LMFAO, )
LLC, a California limited liability company, )
PARTY ROCK, LLC, a California limited )
liability company, FOO & BLU, LLC, a )
California limited liability company and )
BRAVADO INTERNATIONAL GROUP )
MERCHANDISING SERVICES, INC., a )
California corporation, )
                              Defendants. )

## CERTIFICATION OF NINA D. BOYAJIAN

Nina D. Boyajian, pursuant to Rule 4 (b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing

4

LA132001971

of U.S. District Court for the Central, Eastern, Northern and Southern Districts of California and the Supreme Court of the United States.

_/s/ Nina D. Boyajian_
Nina D. Boyajian