UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-24700-CIV-WILLIAMS

WILLIAM L. ROBERTS, et al.,

    Plaintiffs,

vs.

STEFAN KENDAL GORDY, et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal (DE 160). Upon review of the Notice and the record, Defendant The Listenbee, LLC is **DISMISSED WITHOUT PREJUDICE** from this action, each party to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in chambers in Miami, Florida, this 9th day of March, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE