**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-24700-CIV-WILLIAMS-SIMONTON**

| | |
|---|---|
| WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, KIA MOTORS AMERICA, INC., a California corporation, DAVID & GOLIATH, LLC, a Delaware limited liability company, DAVID JAMAHL LISTENBEE p/k/a GOON ROCK, NU80s MUSIC, LLC, a California limited liability company, LMFAO, LLC, a California limited liability company, PARTY ROCK, LLC, a California limited liability company, FOO & BLU, LLC, a California limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ANSWER OF DEFENDANT DAVID JAMAHL LISTENBEE p/k/a GOONROCK
TO THE SECOND AMENDED COMPLAINT**

Defendant DAVID JAMAHL LISTENBEE p/k/a GOONROCK ("Listenbee") hereby answers the Second Amended Complaint ("Second Amended Complaint") of WILLIAM L. ROBERTS, II ("Roberts"), ANDREW HARR ("Harr") and JERMAINE JACKSON ("Jackson") (collectively, the "Plaintiffs"). Listenbee does not answer Counts III and IV because he is not named as a Defendant on those Counts.

## <u>ANSWER TO THE SECOND AMENDED COMPLAINT</u>

### NATURE OF ACTION, JURISDICTION AND VENUE

1.      In response to paragraph 1 of the Second Amended Complaint, Listenbee admits that Plaintiffs filed this action allegedly arising under the Copyright Act (17 U.S.C. § 101 *et seq.*) and under the trademark laws of the United States (15 U.S.C. § 1051 *et seq.*), but denies that Plaintiffs' claim against him have merit.

2.      Listenbee admits the allegations of paragraph 2 of the Second Amended Complaint.

3.      Listenbee denies the allegations of paragraph 3 of the Second Amended Complaint.

4.      Listenbee admits only that the applicable venue statute in this litigation is 28 U.S.C. § 1400 but denies the remaining allegations of paragraph 4 of the Second Amended Complaint.

### PARTIES

5.      Listenbee alleges that a composition entitled *Hustlin'* performed in part by Plaintiff Roberts and in part by Bernard Rogers, contains a lyric "everyday I'm hustlin'," admits that Plaintiff Roberts is professionally known as "Rick Ross," alleges that records of the United States Copyright Office identify Plaintiff Roberts as one of the co-authors of either lyrics or words and music of one or more compositions entitled *Hustlin'*, and, except as so admitted or alleged, lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 5 of the Second Amended Complaint, and therefore denies them.

6.      Listenbee alleges that records of the United States Copyright Office identify Plaintiff Harr as one of the co-authors of either music or words and music of one or more compositions entitled *Hustlin'*, and, except as so alleged, lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 6 of the Second Amended Complaint, and therefore denies them.

7.      Listenbee alleges that records of the United States Copyright Office identify Plaintiff Jackson as one of the co-authors of either music or words and music of one or more compositions entitled *Hustlin'*, and, except as so alleged, lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 7 of the Second Amended Complaint, and therefore denies them.

LA132100516

8.      Listenbee lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 8 of the Second Amended Complaint, and therefore denies them.

9.      Listenbee admits the allegations in paragraph 9 of the Second Amended Complaint.

10.      Listenbee admits the allegations in paragraph 10 of the Second Amended Complaint.

11.      Listenbee admits that Defendants Stefan Gordy and Skyler Gordy (collectively, "Gordy Defendants") have been professionally known as the musical group LMFAO, admits that they and others co-wrote the musical composition *Party Rock Anthem,* admits that Defendants Stefan Gordy and Skyler Gordy recorded one or more performances of the musical composition *Party Rock Anthem,* but denies the remaining allegations in paragraph 11 of the Second Amended Complaint.

12.      Listenbee admits that Defendant Kobalt is a music publishing company incorporated in Delaware with its principal place of business in New York and that Kobalt has administered the music publishing rights to the composition *Party Rock Anthem* in the United States and various other countries, and, except as so admitted, denies the allegations in paragraph 12 of the Second Amended Complaint.

13.      Listenbee admits that Defendant Kia Motors America, Inc. ("KMA") is a California corporation with its principal place of business in California, and is a subsidiary of KIA Motors Corporation, and that KMA incorporated portions of LMFAO's performance of *Party Rock Anthem* in an advertisement for its Kia Soul automobile, but denies the remaining allegations in paragraph 13 of the Second Amended Complaint.

14.      Listenbee alleges that David & Goliath, LLC ("DnG") is the advertising agency that developed for KMA an advertisement for the Kia Soul automobile that incorporates portions of LMFAO's performance of *Party Rock Anthem*, but denies the remaining allegations in paragraph 14 of the Second Amended Complaint.

15.      Listenbee denies that DnG is subject to personal jurisdiction as alleged in paragraph 15 of the Second Amended Complaint and specifically responds to the allegations in the sub-paragraphs of paragraph 15 as follows:

(a)      Listenbee alleges that DnG is the advertising agency that developed for KMA an advertisement for the Kia Soul automobile that incorporates portions of LMFAO's

LA132100516

performance of *Party Rock Anthem* that was aired nationally, including in Florida and in cinemas in December 2011 but, except as so admitted, denies the remaining allegations in paragraph 15a of the Second Amended Complaint.

(b)     Listenbee denies the allegations in paragraph 15b of the Second Amended Complaint.

(c)     Listenbee alleges that DnG displays the advertisement developed for KMA for the Kia Soul automobile that incorporates portions of LMFAO's performance of *Party Rock Anthem* on its passive website, but except as so admitted, denies the remaining allegations in paragraph 15c of the Second Amended Complaint.

(d)     Listenbee alleges that DnG has displayed the advertisement developed for KMA for the Kia Soul automobile that incorporates portions of LMFAO's performance of *Party Rock Anthem* on its passive website, but denies the remaining allegations in paragraph 15d of the Second Amended Complaint.

16.     Listenbee admits that he is a citizen and resident of California, a co-writer and co-producer of *Party Rock Anthem*, and has performed, as part of a worldwide tour, *Party Rock Anthem* in Florida. Listenbee denies the remaining allegations of paragraph 16 of the Second Amended Complaint.

17.     Listenbee admits that Listenbee Corporation is a California corporation owned and operated by Listenbee and which furnishes the entertainment services of Listenbee. Listenbee admits that some monies from the exploitation of *Party Rock Anthem* pass through Listenbee Corporation, but denies that it has received any monies from performances of *Party Rock Anthem* in Florida.

18.     Listenbee admits that Nu80s Music, LLC ("Nu80s Music") is a California limited liability company owned or operated by one or more of the Gordy Defendants and that Nu80s Music receives monies from the exploitation of the musical composition *Party Rock Anthem*, but denies the remaining allegations in paragraph 18 of the Second Amended Complaint.

19.     Listenbee admits that LMFAO, LLC is a California limited liability company owned or operated by one or more of the Gordy Defendants and that LMFAO, LLC receives monies from the live performances by LMFAO of the musical composition *Party Rock Anthem*, but denies the remaining allegations in paragraph 19 of the Second Amended Complaint.

20.     Listenbee admits that Defendant Party Rock, LLC ("Party Rock") is a California limited liability company owned or operated by one or more of the Gordy Defendants and that Party Rock receives monies from the sale of merchandise, but denies the remaining allegations in paragraph 20 of the Second Amended Complaint.

21.     Listenbee admits that Foo & Blu, LLC ("Foo & Blu") is a California limited liability company owned or operated by one or more of the Gordy Defendants and that Foo & Blu receives monies from the exploitation of the sound recording of LMFAO's performance of the composition, *Party Rock Anthem*, but denies the remaining allegations in paragraph 21 of the Second Amended Complaint.

## GENERAL ALLEGATIONS

22.     Listenbee admits that Plaintiff Roberts is professionally known as "Rick Ross" and, except as so admitted, lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 22 of the Second Amended Complaint, and therefore denies them.

23.     Listenbee admits that Plaintiff Roberts' album entitled *Port of Miami* contained a recording entitled *Hustlin'* and, except as so admitted, lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 23 of the Second Amended Complaint, and therefore denies them.

24.     Listenbee admits that the recording of Plaintiff Roberts' and Bernard Rogers' performance of a composition entitled *Hustlin'* included the lyric "everyday I'm hustlin'" and, except as so admitted, lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 24 of the Second Amended Complaint, and therefore denies them.

25.     Listenbee lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 25 of the Second Amended Complaint, and therefore denies them.

26.     Listenbee lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 26 of the Second Amended Complaint, and therefore denies them.

27.     Listenbee lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 27 of the Second Amended Complaint, and therefore denies them.

## LMFAO

28.     Listenbee admits that Defendants Stefan Gordy and Skyler Gordy have been members of a musical group called LMFAO since 2006, and that the first LMFAO album was released in 2009; Listenbee alleges that Defendants Stefan Gordy and Skyler Gordy have

5

been influenced by various music genres and styles, and, except as so admitted or alleged, Listenbee lacks sufficient knowledge to form a belief as to the truth of the remaining allegations in paragraph 28 of the Second Amended Complaint and therefore denies them.

## DEFENDANTS' ALLEGEDLY INFRINGING ACTIVITIES
### *"Party Rock Anthem"*

29.     Listenbee admits that Defendants Stefan Gordy and Skyler Gordy, with Defendant Listenbee and another, co-wrote *Party Rock Anthem* and recorded as the group LMFAO one or more performances of *Party Rock Anthem*, admits that that recording of *Party Rock Anthem* was included in their album *Sorry for Party Rocking* and, except as so admitted, denies the remaining allegations in paragraph 29 of the Second Amended Complaint.

30.     Listenbee admits that the composition *Party Rock Anthem* includes the lyric "everyday I'm shufflin'" and, except as so admitted, denies the allegations in paragraph 30 of the Second Amended Complaint.

31.     Listenbee admits that the composition *Party Rock Anthem* includes the lyric "everyday I'm shufflin'" that was performed by Defendant Stefan Gordy but was electronically manipulated to reach its final form, admits that affiliates of Stefan Gordy and Skyler Gordy have created a PARTY ROCK® branded clothing line and that after the release of *Party Rock Anthem* the phrase "everyday I'm shufflin'" appeared on some items of clothing in the PARTY ROCK® branded clothing line, and denies the remaining allegations in paragraph 31 of the Second Amended Complaint.

32.     Listenbee admits that *Party Rock Anthem* dropped off of the Billboard Hot 100 chart after initially appearing on the chart, reappeared after the release of the *Party Rock Anthem* music video, and eventually reached number one on the Billboard Hot 100, admits that the phrase "everyday I'm shufflin'" in the *Party Rock Anthem* music video immediately precedes a dance break, and except as so admitted, denies the allegations in paragraph 32 of the Second Amended Complaint.

33.     Listenbee alleges that the use of the phrase "everyday I'm shufflin'" in the composition *Party Rock Anthem* did not require the permission of, or licenses from, Plaintiffs, or any of them, or from any legal owner of the copyright in and to *Hustlin'* and otherwise denies the allegations in paragraph 33 of the Second Amended Complaint.

34.     Listenbee denies the allegations in paragraph 34 of the Second Amended Complaint.

35.     Listenbee admits that the sales of copies of the recordings of Defendants Stefan Gordy and Skyler Gordy performing *Party Rock Anthem* exceed the sales of any other one single recording of a performance by them of other compositions and that *Party Rock Anthem* reached number one on the Billboard Hot 100, remained there for six consecutive weeks, and spent 68 total weeks on the chart, and except as so alleged lacks sufficient information to form a belief as to the truth of the allegations in paragraph 35 of the Second Amended Complaint.

36.     Listenbee admits that the composition *Party Rock Anthem* has been licensed to third parties for various purposes and, except as so admitted, denies the allegations in paragraph 36 of the Second Amended Complaint.

37.     Listenbee admits that the composition *Party Rock Anthem* has been licensed to third parties for various purposes and, except as so admitted, denies the allegations in paragraph 37 of the Second Amended Complaint.

38.     Listenbee denies the allegations in paragraph 38 of the Second Amended Complaint.

39.     Listenbee alleges that prior to the filing of their Complaint, Plaintiffs advised some of the Defendants that Plaintiffs believed that the use of the lyric "everyday I'm shufflin'" in the composition *Party Rock Anthem* infringed Plaintiffs' alleged copyright interest in the phrase "everyday I'm hustlin'" in a composition entitled *Hustlin'* and, except as so alleged, denies the allegations in paragraph 39 of the Second Amended Complaint.

40.     Listenbee denies the allegations in paragraph 40 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

41.     Listenbee lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 41 of the Second Amended Complaint and therefore denies them.

42.     Listenbee lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 42 of the Second Amended Complaint and therefore denies them.

# COUNT I

## COPYRIGHT INFRINGEMENT

**(Defendants Gordy, Gordy, Kobalt, Listenbee, Listenbee Corporation, Nu80s Music, LLC, LMFAO, LLC, and FOO & BLU, LLC)**

43.      Listenbee restates and incorporates by this reference his responses to paragraphs 1 through 42 inclusive.

44.      Listenbee alleges that copyright registration records of the United States Copyright Office identify Plaintiffs Roberts, Harr, and Jackson and non-party Bernard Rogers as the co-authors of either lyrics or words and music of one or more compositions entitled *Hustlin'*; Listenbee further alleges that copyright registration records filed February 28, 2006, in the United States Copyright Office identify Plaintiff Roberts (but no other Plaintiff) and non-party Bernard Rogers as two of four copyright claimants to a composition created in 2005 entitled *Hustlin'*; Listenbee further alleges that the copyright registration records filed February 28, 2007, in the United States Copyright office identify Plaintiffs Harr and Jackson (but no other Plaintiff) as two of  six copyright claimants to a composition created in 2006 entitled *Hustlin'*; Listenbee further alleges that other copyright registration records filed February 28, 2006, in the United States Copyright office do not identify Plaintiffs, or any of them, as the copyright claimants to a composition created in 2006 entitled *Hustlin'*, and, except as so alleged, Listenbee lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 44 of the Second Amended Complaint, and therefore denies them.

45.      Listenbee denies the allegations in paragraph 45 of the Second Amended Complaint.

46.      Listenbee denies the allegations in paragraph 46 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

47.      Listenbee denies the allegations in paragraph 47 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

48.      Listenbee denies the allegations in paragraph 48 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

49.      Listenbee denies the allegations in paragraph 49 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

50.      Listenbee denies the allegations in paragraph 50 of the Second Amended

Complaint and further specifically denies that any alleged infringement has occurred.

WHEREFORE Listenbee denies that (i) Plaintiffs are entitled to any relief requested by Plaintiffs in their prayer for relief for Count I as alleged in the Second Amended Complaint; and (ii) Listenbee is directly, contributorily, vicariously, jointly and severally, or otherwise liable for any of the alleged violations listed in Count I of the Second Amended Complaint. Listenbee respectfully requests judgment in his favor and against Plaintiffs on Count I, as alleged in the Second Amended Complaint, and for an award of his full costs, including Defendants' reasonable attorney's fees, against Plaintiffs, and each of them, pursuant to 17 U.S.C. § 505, and for such other and further relief as the Court deems just and proper.

## COUNT II
## COPYRIGHT INFRINGEMENT
### (Defendants Gordy, Gordy, Kobalt, KIA, David & Goliath, Listenbee, NU80s Music, LLC, LMFAO, LLC, and FOO & BLU, LLC)

51.     Listenbee restates and incorporates by this reference its responses to paragraphs 1 through 42 inclusive of the Second Amended Complaint.

52.     Listenbee admits that the composition *Party Rock Anthem* was licensed to KMA for use a video advertisement, that the advertisement featured the KMA "Hamsters" driving a Kia Soul automobile, and alleges that the KMA "Hamsters" danced the Shuffle in the advertisement, but denies the remaining allegations in paragraph 52 of the Second Amended Complaint.

53.     Listenbee alleges that copyright registration records of the United States Copyright Office identify Plaintiffs Roberts, Harr, and Jackson and Bernard Rogers as the co-authors of either lyrics or words and music of one or more compositions entitled *Hustlin'*; Listenbee further alleges that copyright registration records filed February 28, 2006, in the United States Copyright Office identify Plaintiff Roberts (but no other Plaintiff) and non-party Bernard Rogers as two of four copyright claimants to a composition created in 2005 entitled *Hustlin'*; Listenbee further alleges that the copyright registration records filed February 28, 2007, in the United States Copyright office identify Plaintiffs Harr and Jackson (but no other Plaintiff) as two of six copyright claimants to a composition created in 2006 entitled *Hustlin'*; Listenbee further alleges that other copyright registration records filed February 28, 2006, in the United States Copyright Office do not identify Plaintiffs, or any of them, as the copyright claimants to a

LA132100516

composition created in 2006 entitled *Hustlin',* and, except as so alleged, Listenbee lacks sufficient knowledge to form a belief as to the truth of the allegations in paragraph 53 of the Second Amended Complaint, and therefore denies them.

54.     Listenbee denies the allegations in paragraph 54 of the Second Amended Complaint.

55.     Listenbee denies the allegations in paragraph 50 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

56.     Listenbee denies the allegations in paragraph 56 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

57.     Listenbee denies the allegations in paragraph 57 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

58.     Listenbee denies the allegations in paragraph 58 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

59.     Listenbee denies the allegations in paragraph 59 of the Second Amended Complaint and further specifically denies that any alleged infringement has occurred.

WHEREFORE Listenbee denies that (i) Plaintiffs are entitled to any relief requested by Plaintiffs in their prayer for relief for Count II of the Second Amended Complaint; and (ii) Listenbee is directly, contributorily, vicariously, jointly and severally, or otherwise liable for any of the alleged violations listed in Count II of the Second Amended Complaint. Listenbee respectfully requests judgment in his favor and against Plaintiffs on Count II as alleged in the Second Amended Complaint, and for an award of his full costs, including Defendants' reasonable attorneys' fees, against Plaintiffs, and each of them, pursuant to 17 U.S.C. § 505, and for such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Listenbee asserts the following defenses without regard to whether they are "affirmative" defenses or matters as to which Plaintiffs have the burden of proof.

## FIRST DEFENSE

60.     Counts I and II of the Second Amended Complaint fail to state a claim for which relief can be granted.

## SECOND DEFENSE

61.     Plaintiffs' claims are barred in whole or in part by the operation of the statute of

LA132100516

limitations set forth in 17 U.S.C. § 507(b) because the claims against Listenbee were asserted more than three years after the alleged claims accrued.

**THIRD DEFENSE**

62.     Plaintiffs' claims are barred, in whole or in part, because this Court lacks personal jurisdiction over Listenbee.

**FOURTH DEFENSE**

63.     Plaintiffs' claims are barred, in whole or in part, because Listenbee's copying, if any, of any element from a composition entitled *Hustlin'* in which Plaintiffs allege a copyright interest did not involve the use of any elements of *Hustlin'* protected by copyright.

**FIFTH DEFENSE**

64.     Plaintiffs' claims are barred, in whole or in part, because Listenbee's copying, if any, of any element from a composition entitled *Hustlin'* in which Plaintiffs allege a copyright interest did not involve use of any elements of *Hustlin'* sufficiently original to warrant copyright protection.

**SIXTH DEFENSE**

65.     Plaintiffs' claims are barred, in whole or in part, because Listenbee's copying, if any, of any element from a composition entitled *Hustlin'* in which Plaintiffs allege a copyright interest was *de minimis*.

**SEVENTH DEFENSE**

66.     In the alternative, and assuming that the composition *Party Rock Anthem* copies any copyright protectable elements of the composition *Hustlin'*, which Listenbee denies, Plaintiffs' claim is barred because any such use in *Party Rock Anthem* is a transformative, fair use under the United States Copyright Act and the First Amendment of the United States Constitution and is not an infringement and some of the facts upon which this fair use defense is based include, but are not limited to, the allegations of paragraphs 67 through 81, below.

*Hustlin'*

67.     Upon information belief, the lyrics of the composition *Hustlin'* upon which Plaintiffs base their infringement claim are set forth on Exhibit 1 hereto and incorporated herein by this reference as if set forth in full.

68.     *Hustlin'* tells a fictional story about a fictional character "Rick Ross." The fictional "Rick Ross" is a character that Plaintiff Roberts has assumed as his public, performing

11

persona and he is professionally known by that name. On information belief, the "Rick Ross" character is, at least in part, based on and inspired by the real-life exploits of the notorious Ricky Ross, also known as Freeway Ricky Ross, a major cocaine and crack cocaine distributor in Los Angeles during the 1980s who was also reputed to be involved with the CIA and the Iran-Contra scandal. On information and belief, Plaintiff Roberts, a former correctional officer, created his fictional persona "Rick Ross" to gain credibility among the audience for the genre of music performed and written by Plaintiff Roberts.

69.     On information and belief, *Hustlin'* was Plaintiff Roberts' first commercially released recording and on that recording, Plaintiff Roberts and Bernard Rogers perform the composition *Hustlin'* as if Roberts were the "Rick Ross" persona and as if *Hustlin'* were the true story of the "Rick Ross" persona.

70.     The composition *Hustlin'* tells the story of a big-time drug dealer in Miami involved in the international cocaine traffic network who knows both the former Panamanian dictator Manuel Noriega who was subsequently prosecuted and jailed in the United States for, among other things, drug trafficking and who was also reputed to be involved with the CIA and the Colombian narcotic trafficker Pablo Escobar.

71.     Among other lyrics, *Hustlin'* includes the "Rick Ross" character identifying himself "Who you suckers think you trippin' with? Yes, I'm the boss / Seven forty-five, white on white, that's Rick Ross" and  proclaiming that "I know Pablo, Noriega, the real Noriega / He owes me a hundred favors;" and "It ain't no walkin' 'round me / See all these killers 'round me / Lot of drug dealin' 'round me /  Goin' down in Dade County."

72.     *Hustlin'* also describes what the "Rick Ross" persona does in his cocaine drug dealing business with the phrase "everyday I'm hustlin'."  On information and belief, as used in the composition *Hustlin'* the lyric "everyday I'm hustlin'" is intended to be understood, and is understood, as describing the "Rick Ross" persona's daily activity of selling and promoting cocaine energetically and aggressively and making strenuous efforts to obtain money in the drug trade business.

### Party Rock Anthem

73.     The lyrics of the composition *Party Rock Anthem* tell a story and express a life philosophy completely opposite to the story and philosophy celebrated and espoused in *Hustlin'*. The lyrics of *Party Rock Anthem* are set forth on Exhibit 2 hereto and incorporated herein by this

LA132100516

reference as if set forth in full.

74.     Rather than endorsing *Hustlin'*'s story of a cocaine trafficker's criminal lifestyle, *Party Rock Anthem* extols the virtue of "everybody just have a good time" because "party rock is in the house tonight." *Party Rock Anthem* is a paean to good, hard core partying.  The use of the lyric "everyday I'm shufflin'" is used as a reference in *Party Rock Anthem* to dancing at that composition's endorsed party and is meant to instruct the audience to perform the Shuffle, or Melbourne Shuffle, dance to *Party Rock Anthem*.

**Transformative "Use"**

75.     If the lyric "everyday I'm shufflin'" in *Party Rock Anthem* is a copy of any copyright protectable interest Plaintiffs  may have in the phrase "everyday I'm hustlin'" from *Hustlin'*, which Listenbee denies, the lyric "everyday I'm shufflin'" as used in *Party Rock Anthem* totally transforms the lyric "everyday I'm hustlin'" from *Hustlin'*.

76.     In response to Plaintiffs' composition declaring that "everyday I'm hustlin'" in the international, drug-dealing cocaine trade, *Party Rock Anthem* replies with the lyric "everyday I'm shufflin'" as a rejection of Plaintiffs' drug trafficker doing everything he can do to make money every day in the drug trade and instead recommends that everyone should party, have a good time, and dance, emphasizing that message with the declaration that "everyday I'm shufflin'."

77.     The transformation of Plaintiffs' lyric "everyday I'm hustlin'" describing the desperate, hard core life of an international drug trafficker to Listenbee' lyric "everyday I'm shufflin'" describing what the good time party loving guys do with their time, adds something new to the *Hustlin'* lyric. Further, the lyric "everyday I'm shufflin'" in *Party Rock Anthem* has the further new meaning of telling the listeners of that song that they should perform the Shuffle, or Melbourne Shuffle, dance to *Party Rock Anthem*. Thus the *Party Rock Anthem* lyric has completely new expression, meaning, message, and aesthetic far different than the *Hustlin'* lyric and it does not supersede the objects of Plaintiffs' original creation.

**The Nature of Copyright Protection, if any, in Plaintiffs' "Everyday I'm Hustlin'" Lyric**

78.     While the entirety of the composition *Hustlin'* may be near to the core of the policies and interests protected by copyright, the short, declarative phrase "everyday I'm hustlin'" is much more of a simple factual statement describing the daily life of a big-time drug

LA132100516

dealer entitled to only the thinnest copyright protection, if it is entitled to any protection at all.

79.     On information and belief, Plaintiffs intended that Plaintiff Roberts' and Bernard Rogers' performance of *Hustlin'* presented by Roberts in the guise of his "Rick Ross" persona would be understood by the public to be a factual statement regarding Roberts' supposed life he claimed to have led in the persona of the drug-dealing "Rick Ross."

**The "Everyday I'm Hustlin'" Lyric's Quantitative and Qualitative Portion of the Composition *Hustlin'***

80.     While repeated and chanted numerous times in the composition "*Hustlin'*" the simple lyric "everyday I'm hustlin'" is neither quantitatively or qualitatively a significant portion of the composition.

**The Economic Impact of the Lyric "Everyday I'm Shufflin'"" in *Party Rock Anthem* on Plaintiffs' *Hustlin'***

81.     The creation, exploitation, and performance of the lyric "everyday I'm shufflin'" in *Party Rock Anthem* has not had, and will not have, any adverse commercial impact upon Plaintiffs' composition *Hustlin'* but instead increased the commercial success of *Hustlin'* and of Plaintiff Roberts' and Bernard Rogers' recorded performance of *Hustlin'*.

<u>EIGHTH DEFENSE</u>

82.     Plaintiffs' claim for damages is barred, in whole or in part, because to the extent, if at all, each Plaintiff is a beneficial and/or legal owner of an interest in the copyright to the composition entitled *Hustlin'* that they allege was infringed by Listenbee, each Plaintiff is only entitled to recover his own respective individual share of damages, if infringement and any damages, profits, or statutory damages were to be proved or awarded, and no Plaintiff may recover damages, profits, or statutory damages attributable to any other person's or entity's beneficial or legal ownership in the copyright of the composition entitled *Hustlin'*.

<u>NINTH DEFENSE</u>

83.     Plaintiffs' claims are barred in whole or in part because Listenbee has not willfully infringed any intellectual property or other rights owned by Plaintiffs and because Listenbee has acted in good faith and without any intention of injuring Plaintiffs.

<u>TENTH DEFENSE</u>

84.     Plaintiffs' claims are barred in whole or in part because Plaintiffs failed to mitigate any alleged damages.

## ELEVENTH DEFENSE

85.     Plaintiffs' claims are barred in whole or in part because Plaintiffs have not been injured or damaged by any act of Listenbee.

## TWELFTH DEFENSE

86.     Plaintiffs' claims are barred in whole or in part because the short phrase "everyday I'm hustlin'" is not copyrightable matter.

## RESERVATION OF RIGHTS AND DEFENSES

Listenbee reserves the right to raise additional defenses as he becomes aware of them through discovery or otherwise.

## LISTENBEE'S PRAYER FOR RELIEF

WHEREFORE, Listenbee prays for judgment as follows:

(a)     That Plaintiffs take nothing by way of the Complaint and the Court dismiss the Second Amended Complaint with prejudice;

(b)     That the Court enter judgment that Listenbee is the prevailing party in this action;

(c)     That the Court award Listenbee his full costs, including reasonable attorneys' fees, against Plaintiffs, and each of them, pursuant to 17 U.S.C. § 505; and

(d)     That the Court award any and all other relief to which Listenbee may be entitled.

Dated:  April 30, 2015

GREENBERG TRAURIG, P.A.
*Attorneys for Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., Nu80s Music, LLC, LMFAO, LLC, Party Rock, LLC, Foo & Blu, LLC, David & Goliath, LLC, and David Jamahl Listenbee p/k/a GoonRock*

333 Avenue of the Americas
Miami, FL 33131
Tel: 305-579-0500; Fax: 305-579-0717


By:   /s/ *VINCENT H. CHIEFFO*
          VINCENT H. CHIEFFO
          (Admitted *Pro Hac Vice*)
          chieffov@gtlaw.com


By:   /s/ *BARRY L. ROTHBERG*
          BARRY L. ROTHBERG
          Florida Bar No. 0160873
          rothbergb@gtlaw.com

By:  */s/ NINA D. BOYAJIAN*
   NINA D. BOYAJIAN
 (Admitted *Pro Hac Vice*)
 boyajiann@gtlaw.com

LA132100516

## JURY DEMAND

In accordance with Fed. R. Civ. P. 38(b), Listenbee hereby demands a trial by jury of all triable issues in this action.

Dated:  April 30, 2015

GREENBERG TRAURIG, P.A.
*Attorneys for Defendants Stefan Kendal Gordy, Skyler Austen Gordy, Kobalt Music Publishing America, Inc., Kia Motors America, Inc., Nu80s Music, LLC, LMFAO, LLC, Party Rock, LLC, Foo & Blu, LLC, David & Goliath, LLC, and David Jamahl Listenbee p/k/a GoonRock*

333 Avenue of the Americas
Miami, FL 33131
Tel: 305-579-0500; Fax: 305-579-0717

By:  /s/ *VINCENT H. CHIEFFO*
VINCENT H. CHIEFFO
(Admitted *Pro Hac Vice*)
chieffov@gtlaw.com

By:  /s/ *BARRY L. ROTHBERG*
BARRY L. ROTHBERG
Florida Bar No. 0160873
rothbergb@gtlaw.com

By:  /s/ *NINA D. BOYAJIAN*
NINA D. BOYAJIAN
(Admitted *Pro Hac Vice*)
boyajiann@gtlaw.com

CASE NO. : 1:13-CV-24700-KMW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan L. Gaines, Esq.
Karen L. Stetson, Esq.
Gray Robinson
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Tel: 305-416-6880; Fax: 305-461-6887
Email: jgaines@gray-robinson.com; karen.stetson@gray-robinson.com
Counsel for Plaintiffs

By:   *s/Barry Rothberg*
Barry L. Rothberg

LA132100516

E x h i b i t  1

**EXHIBIT 1**

*HUSTLIN'*

Everyday I'm hustlin', hustlin'
Hustle, hustlin' hustlin'
Hustle, hustlin' hustlin'
Hustle, hustlin' hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm
Everyday I'm hustlin'

Who you suckers think you trippin' with? Yes, I'm the boss
Seven forty-five, white on white, that's Rick Ross
I cut 'em wide, I cut 'em long, I cut 'em fat
I keep 'em comin' back, we keep 'em comin' back

I'm in the distribution, I'm like Atlantic
I got them pretty thangs flyin' 'cross the Atlantic
I know Pablo, Noriega, the real Noriega
He owe me a hundred favors

I ain't petty, playa, we buy the whole thang
See most of my homies hustle, they still do they thang
My roof back, my money rides
I'm on the pedal, show you what I'm runnin' like

1

*EXHIBIT 1 HUSTLIN' LYRICS*

*LA131332247*

**Exhibit 1**

When they snatch black, I cry for a hundred nights
He got a hundred bodies, servin' a hundred lifes

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm

We never steal cars but we deal hard
Whip it real hard, whip it, whip it real hard
I caught a charge, I caught a charge
Whip it real hard, whip it, whip it real hard

Ain't 'bout no funny stuff, still flippin' them chickens
I'm on my money stuff, still whippin' them Benzs
Major league, who catchin' because I'm pitchin'
Jose Canseco just snitchin' because he's finish

I feed 'em steroids to strengthen up all my chickens
They're flyin' over Pacifics to be specific
Triple C's, you know it's back, we holdin' sacks
So nigga, go on rat, run and tell 'em that
Mo' cars, mo' hoes, mo' clothes, mo blows

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm

It's time to spend my thrills, custom spinnin' wheels
I ain't drove in a week, them bitches spinnin' still
Talk about me because these suckers scared to talk about me
Killers talkin' 'bout me, it ain't no talk about me

2

*EXHIBIT 1 HUSTLIN' LYRICS*

LA131332247

**Exhibit 1**

It ain't no walkin' 'round me
See all these killers 'round me
Lot of drug dealin' 'round me
Goin' down in Dade County

Don't tote no 22's, Magnum cost me twenty two
Sat it on them 22's, birds go for twenty two
Lil' mama super thick, she say she 22
She seen them 22's, we in room 222

I touch work like I'm convertible Burt
I got distribution, so I'm convertin' the work
In the M I A yo, them niggas rich off yayo
Steady slangin' yayo, my Chevy bangin', hey yo

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'

Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm hustlin'
Everyday I'm, everyday I'm

*EXHIBIT 1 HUSTLIN' LYRICS*

LA131332247

**Exhibit 1**

E x h i b i t   2

**EXHIBIT 2**

***PARTY ROCK ANTHEM***

Party rock!
Yeah!
Woo!
Let's go

Party rock is in the house tonight
Everybody just have a good time
And we gon' make you lose your mind
Everybody just have a good time
(Clap)

Party rock is in the house tonight
Everybody just have a good time
And we gon' make you lose your mind
We just wanna see ya –
Shake that
In the club, party rock,  lookin' for your girl? She on my jock
Nonstop when we in the spot, booty movin' weight like she on the block
Where the drink? I gots to know, tight jeans, tattoos cuz I'm rock 'n' roll
Half black, half white, domino, gang of money, Oprah dough

Yo, I'm runnin' through these hos like Drano
I got that devilish flow, rock 'n' roll, no halo
We party rock, yeah, that's the crew that I'm reppin
On a rise to the top, no lead in our zeppelin, hey

Party rock is in the house tonight
Everybody just have a good time
(Let's go)
And we gon' make you lose your mind
Everybody just have a good time

Party rock is in the house tonight
Everybody just have a good time
And we gon' make you lose your mind
We just wanna see ya—
Sshake that

Everyday I'm shufflin'

Shufflin', shufflin'

1

*EXHIBIT 2 PARTY ROCK ANTHEM LYRICS*

*LA131332260*

Exhibit 2

Step up fast and be the first girl to make me throw this cash
We gettin' money, don't be mad now, stop –
Hating is bad


One more shot for us
-- Another round!
Please fill up my cup
--Don't mess around!
We just wanna see
--Ya shake it now
Now you home with me,
--You're naked now


Get up, get down, put your hands up to the sound
Get up, get down, put your hands up to the sound
Get up, get down, put your hands up to the sound
Put your hands up to the sound, put your hands up to the sound


Get up, get up, get up, get up
Get up, get up, get up, get up
Get up, put your hands up to the sound, to the sound
Put your hands up, put your hands up, put your hands up, put your hands up


Party rock is in the house tonight
(Put your hands up)
Everybody just have a good time
(Put your hands up)
And we gon' make you lose your mind
(Put your hands up)
Everybody just have a good, good, good time


Oooohh
Put your hands up
Put your hands up
Put your hands up
Shake that,


Everyday I'm shuf-ff-flin.'


Get yo hands  up (x5)


2

*EXHIBIT 2 PARTY ROCK ANTHEM LYRICS*

*LA131332260*

Exhibit 2