UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-24700-CIV-WILLIAMS

WILLIAM L. ROBERTS, II, *et al.*,

    Plaintiffs,

vs.

STEFAN KENDAL GORDY, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss With Prejudice Count IV of the Second Amended Complaint (DE 196). Upon consideration of the record and the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Count IV of Plaintiff's Second Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30 day of April, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE