UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-24700-KMW

WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS,

        Plaintiffs,

v.

STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, KIA MOTORS AMERICA, INC., a California corporation, DAVID & GOLIATH, LLC, a Delaware limited liability company, DAVID JAMAHL LISTENBEE p/k/a GOON ROCK, NU80s MUSIC, LLC, a California limited liability company, LMFAO, LLC, a California limited liability company, PARTY ROCK, LLC, a California limited liability company, and FOO & BLU, LLC, a California limited liability company,

        Defendants.
_____/

**PLAINTIFFS' RESPONSE TO DAVID & GOLIATH, LLC'S
MEMORANDUM OF LAW REGARDING THE PRIVILEGED NATURE
OF THE DOCUMENTS REDACTED FOR PRIVILEGE**

Plaintiffs, WILLIAM L. ROBERTS, II p/k/a RICK ROSS ("ROSS") and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS ("THE RUNNERS"), by and through undersigned counsel, hereby file this response to David & Goliath, LLC's Memorandum of Law Regarding the Privileged Nature of the Documents Redacted for Privilege (D.E. 217), as follows:

CASE NO.  13-CV-24700-KMW

1. Plaintiffs do not quibble with the legal propositions set forth in Defendants' Memorandum of Law; however, without access to the substance of the e-mails themselves, Plaintiffs cannot comment on their applicability to same.

2. Plaintiffs would note, however, that the characterization of Barbara Joy Laffey of EVP Consulting as having been "deeply involved" in either the production of the commercial or the licensing decision-making process comes as a complete surprise as none of the witnesses in the case have ever referenced this person or company, nor are they referenced in Defendants' Initial Disclosures, and any mention of them appears to be limited to isolated e-mails, such as those at issue.  Plaintiffs would certainly have deposed Ms. Laffey had her "deep involvement" ever been disclosed.  At best, EVP Consulting appears to be an outside vendor with peripheral involvement and no attorney-client privilege ought to attach.

Respectfully submitted,

GRAY ROBINSON, P.A.
Attorneys for Plaintiffs
333 S.E. Second Avenue, Suite 3200
Miami, Florida 33131
Karen.Stetson@gray-robinson.com
Phone: (305) 416-6880
Fax: (305) 416-6887

By: /s/Karen L. Stetson
        Karen L. Stetson
        Florida Bar No: 742937
        Jonathan L. Gaines
        Florida Bar. No. 330361

# 1803777 v1

CASE NO.  13-CV-24700-KMW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that the foregoing document is being served via CM/ECF on this day to all counsel of record who are CM/ECF participants.

By:  /s/ Karen L. Stetson