UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24700-CIV-WILLIAMS/SIMONTON

WILLIAMS L. ROBERTS, II,
et al.,

       Plaintiff,

v.

STEFAN KENDAL GORDY, et al.,

       Defendants.
_____/

## ORDER STAYING AND TERMINATING, WITHOUT PREJUDICE, DEFENDANTS' BILL OF COSTS AND VERIFIED MOTION FOR ATTORNEYS' FEES

This action, brought pursuant to the Copyright Act, is before the undersigned Magistrate Judge upon Plaintiffs' Motion to Stay Proceedings as to Attorney's Fees and Costs Pending Disposition of Appeal, ECF No. [417], Defendants' Bill of Costs, ECF No. [401] and Defendants' Verified Motion for Attorneys' Fees and Costs, ECF No. [419]. The Plaintiffs have filed a Response to the Defendants' Motion for Bill of Costs, ECF No. [416]. These matters are referred to the undersigned by the Honorable Kathleen M. Williams, the District Judge assigned to the case, ECF No. [402].

On April 8, 2016, summary judgment was granted in favor of the Defendants and the case was dismissed, ECF No. [399]. On May 9, 2016, the Plaintiffs filed a Notice of Appeal indicating that the Plaintiffs sought review from the United States Court of Appeals for the Eleventh Circuit from the April 8, 2016 Order dismissing the action and denying Plaintiffs' Motion for Summary Judgment; from the September 25, 2015 Order ruling on the motions in limine; and from the September 15, 2015 Order granting

Defendants' Motion for Partial Summary Judgment, ECF No [400]. On that same date, the Defendants filed a Motion for Bill of Costs seeking $52,407.91 in costs, ECF No. [401].

On May 18, 2016, the Defendants filed their Notice of Cross-Appeal which reflects that the Notice is a protective cross-appeal to seek appellate review of the Court's September 17, 2015 Order denying Defendants' Motion for Summary Judgment on Counts I and II of the Second Amended Complaint in the event the Plaintiffs are successful on their appeal from the Order dismissing the action, ECF No. [404].

On June 7, 2016, the Defendants filed their Motion for Attorneys' Fees and Costs seeking to recover $2,387,685.54 in attorney's fees and an additional $650,933.28 costs, ECF No. [419]. Having reviewed the docket and appeal of this matter, and noting the complexities of the issues, in the interest of judicial economy, the undersigned concludes that the Defendants' Bill of Costs, ECF No. [401] and the Defendants' Verified Motion for Attorneys' Fees and Costs, ECF No. [419] should be abated until the appeal in this case has been resolved.

Accordingly, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion to Stay Proceedings as to Attorney's Fees and Costs Pending Disposition of Appeal, ECF No. [417] is GRANTED. Defendants' Bill of Costs, ECF No. [401] and Defendants' Verified Motion for Attorneys' Fees and Costs, ECF No. [419] are **STAYED** and **TERMINATED**, without prejudice. Defendants may file a renewed Bill of Costs and Motion for Attorneys' Fees and Costs, in compliance with Local Rule 7.3(c), within sixty (60) days of the issuance of a mandate by

the appellate court or a dismissal of the appeal.[1]

DONE AND ORDERED at Miami, Florida, this 21st day of June, 2016.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable Kathleen M. Williams,
    United States District Judge
All counsel of record

---

[1] The undersigned is aware that the deadline for responding to the Motion to Stay Proceedings has not expired.  The undersigned has independently reviewed the record before the Motion was filed, however, and reached the conclusion that these Motions should be stayed.  The decision of the United States Supreme Court in *Kirtsaeng v. John Wiley & Sons, Inc.*, 2016 WL 3317564 (June 16, 2016), will need to be addressed in any renewed Motion for Attorneys' Fees and Response in Opposition.